CENTRAL INSURANCE COMPANIES

*Fulfilling the Promise Since 1876*

November 21, 2019

0 SHEP 8656828 11 IL
SHEPHERD INSURANCE LLC
TRUCK DEALERS PROGRAM
111 CONGRESSIONAL BLVD STE 100
CARMEL, IN 46032-0000

AAA TRUCK SALES LLC
AAA EQUIPMENT INC
17201 STATE ST
SOUTH HOLLAND, IL 60473-2823

Thank you for your business! Enclosed you will find information regarding your policy. If you have questions regarding the information provided, please contact your agent at (317)846-5554 .

We encourage you to sign up for our *myCentral* policyholder website and take advantage of convenient, easy-to-use account management options for your Central Insurance policy. Make payments, access policy information, check account balances, view auto ID cards, report a claim, and much more! Click on the "Create Account" link in the *myCentral* log in box on central-insurance.com and provide the following information to establish online access:

| | |
|---|---|
| Policy Number | 8656828 |
| Policy Effective Date | 12/31/2019 |
| City | SOUTH HOLLAND |
| State | IL |
| Zip Code | 60473 |

If you have **Billing and Payment** questions, call 800-786-9052 or e-mail us at billing@central-insurance.com.

To **Report a Claim**, call 888-263-2924.

Central Insurance Companies embraces a culture based on our core values of Integrity, Relationships and Excellence. These values define who we are and what we do, as individuals and as a company. We take pride in partnering with agents who support these same values.

We appreciate the opportunity to provide your insurance needs.

Trusted Choice®



EXHIBIT B

CENTRAL INSURANCE COMPANIES

*Fulfilling the Promise Since 1876*

CENTRAL MUTUAL INSURANCE COMPANY
800 S. WASHINGTON ST
VAN WERT, OHIO 45891-2357
www.central-insurance.com

# AUTO DEALERS DECLARATIONS

## ITEM ONE

**NAMED INSURED AND MAILING ADDRESS**
AAA TRUCK SALES LLC
AAA EQUIPMENT INC
17201 STATE ST
SOUTH HOLLAND, IL 60473-2823

**AGENT** TY03 RENEWAL
SHEPHERD INSURANCE LLC
TRUCK DEALERS PROGRAM
111 CONGRESSIONAL BLVD STE 100
CARMEL, IN 46032-0000
(317)846-5554
http://www.shepherdins.com

**POLICY NUMBER:** GP 8656828 11

**PRIOR POLICY NUMBER:** GP 8656828 10

**POLICY PERIOD:** FROM 12/31/2019 TO 12/31/2020
AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

**BUSINESS DESCRIPTION:** USED TRUCK DEALERSHIP
**FORM OF BUSINESS:** CORPORATION, LIMITED LIABILITY COMPANY

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL OF THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

AUDIT PERIOD (IF APPLICABLE): ANNUAL

## ITEM TWO - SCHEDULE OF COVERAGES AND COVERED AUTOS

THIS POLICY PROVIDES ONLY THOSE COVERAGES WHERE A CHARGE AND LIMIT, IF APPLICABLE, ARE SHOWN IN THE COLUMNS BELOW. EACH OF THE "AUTO"- RELATED COVERAGES WILL APPLY ONLY TO THOSE "AUTOS" SHOWN AS COVERED "AUTOS". "AUTOS" ARE SHOWN AS COVERED "AUTOS" FOR THE APPLICABLE COVERAGES BY THE ENTRY OF ONE OR MORE OF THE SYMBOLS FROM SECTION I - COVERED AUTOS COVERAGES OF THE AUTO DEALERS COVERAGE FORM NEXT TO THE NAME OF THE "AUTO" - RELATED COVERAGE.

This is to certify that this is a true and exact copy of the wo... the policy as it existed
Date 08/22/2020
Policy No. 8656828
Date Prepared 5/14/2024
By Carleen Richards

# AUTO DEALERS DECLARATIONS (continued)

**NAMED INSURED**
AAA TRUCK SALES LLC

**POLICY NUMBER**
GP 8656828 11

## ITEM TWO - SCHEDULE OF COVERAGES AND COVERED AUTOS (continued)

| COVERED AUTOS | COVERAGES | LIMIT | PREMIUM |
|---|---|---|---|
| 21 | LIABILITY | | [redacted] |
| | "AUTO DEALERS OPERATIONS" COVERED AUTO LIABILITY | $1,000,000 EACH ACCIDENT | |
| | BODILY INJURY AND PROPERTY DAMAGE LIABILITY | $1,000,000 EACH ACCIDENT | |
| | DAMAGES TO PREMISES RENTED TO YOU | $300,000 ANY ONE PREMISE | |
| | PERSONAL AND ADVERTISING INJURY LIABILITY | $1,000,000 ANY ONE PERSON OR ORGANIZATION | |
| | AGGREGATE GENERAL LIABILITY | $1,000,000 | |
| | AGGREGATE PRODUCTS AND WORK YOU PERFORMED | $1,000,000 | |
| | LOCATION AND OPERATIONS MEDICAL PAYMENTS | $5,000 EACH PERSON | [redacted] |
| 21 | AUTO MEDICAL PAYMENTS EACH INSURED | $5,000 | |
| 22 | UNINSURED MOTORISTS | $1,000,000 | |
| 22 | UNDERINSURED MOTORISTS | $1,000,000 | |
| 22 28 | PHYSICAL DAMAGE | | |
| | COMPREHENSIVE | ** SEE BELOW | |
| | COLLISION | *** SEE BELOW | |
| | ACTS, ERRORS OR OMISSIONS LIABILITY | $500,000 AGGREGATE $1,000 DEDUCTIBLE | |
| | | TOTAL | [redacted] |

| | MISCELLANEOUS COVERAGES | | |
|---|---|---|---|
| | AUTO DEALERS PLUS COVERAGE ENDORSEMENT | | [redacted] |
| | OTHER PER POLICY MISCELLANEOUS COVERAGES | | |
| | HIRED CAR PHYSICAL DAMAGE | | |
| | COMPREHENSIVE DEDUCTIBLE: | $100 | |
| | COLLISION DEDUCTIBLE: | $500 | |
| | | MISCELLANEOUS COVERAGES TOTAL PREMIUM | [redacted] |
| | | ESTIMATED TOTAL POLICY PREMIUM | [redacted] |

THIS POLICY MAY BE SUBJECT TO FINAL AUDIT

**PHYSICAL DAMAGE COMPREHENSIVE COVERAGE**
** ACTUAL CASH VALUE OR COST TO REPAIR, WHICHEVER IS LESS, MINUS THE DEDUCTIBLE SHOWN IN ITEM THREE FOR EACH COVERED AUTO.
HOWEVER, NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING.

**PHYSICAL DAMAGE COLLISION COVERAGE**
*** ACTUAL CASH VALUE OR COST TO REPAIR, WHICHEVER IS LESS, MINUS THE DEDUCTIBLE SHOWN IN ITEM THREE FOR EACH COVERED AUTO.

# AUTO DEALERS DECLARATIONS (continued)

**NAMED INSURED**
AAA TRUCK SALES LLC

**POLICY NUMBER**
GP 8656828 11

**FORMS AND ENDORSEMENTS APPLICABLE TO POLICY GP 8656828 11 ON 12/31/2019**

| | FORM NBR | EDITION | FORM TITLE |
|---|---|---|---|
| | CA0025 | 1013 | AUTO DEALERS COVERAGE FORM |
| | CA0104 | 0115 | IL-CHANGES AUTO DEALERS COVERAGE FORM |
| | CA0270 | 0118 | IL-CHANGES-CANCELLATION & NONRENEWAL |
| * | CA0302 | 1013 | DEDUCTIBLE LIABILITY COVERAGE |
| | CA0449 | 1116 | PRIMARY AND NONCONTRIBUTORY - OTHER INSURANCE CONDITION |
| | CA2130 | 0115 | IL-UNINSURED MOTORISTS COVERAGE |
| | CA2138 | 1013 | IL-UNDERINSURED MOTORISTS COVERAGE |
| | CA2344 | 1116 | PUBLIC OR LIVERY PASSENGER CONVEYANCE EXCLUSION |
| | CA2385 | 1013 | EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEM TERR |
| | CA2394 | 1013 | SILICA OR SILICA-RELATED DUST EXCLUSION FOR COVERED AUTOS EXPOSUR |
| | CA2536 | 1013 | AUTO DEALERS COVERAGE FORM-GENERAL LIABILITY COV TOTAL POLLUTION |
| | CA2539 | 1013 | SILICA OR SILICA-RELATED DUST EXCL FOR OTHER THAN COVERED AUTOS |
| | CA9903 | 1013 | AUTO MEDICAL PAYMENTS COVERAGE |
| | IL0017 | 1198 | COMMON POLICY CONDITIONS |
| | IL0021 | 0908 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| | IL0147 | 0911 | IL-CHANGES - CIVIL UNION |
| | IL0162 | 1013 | IL-CHANGES - DEFENSE COSTS |
| * | 3-2300 | 0500 | IL-INSURANCE CARD |
| * | 3-2528 | 0117 | A SAFETY MESSAGE TO OUR COMMERCIAL AUTOMOBILE POLICYHOLDERS |
| * | 3-2637 | 0517 | PREMIUM AUDIT ENDORSEMENT |
| | 3-2751 | 0715 | LIMITED FUNGI OR BACTERIA COVERAGE FOR AUTO DEALERS OPERATIONS |
| | 3-2807 | 0315 | AUTO DEALERS PLUS ENDORSEMENT |
| | 3-2903 | 1013 | BLANKET PHYSICAL DAMAGE COMPREHENSIVE COVERAGE |
| | 3-3087 | 1016 | NOTICE TO POLICYHOLDERS - NBCR EXCLUSION |
| | 20-1768 | 0891 | MUTUAL POLICY CONDITIONS-APPLICABLE TO CENTRAL MUTUAL |
| | 20-1769 | 0891 | PROVISIONS APPLICABLE TO CENTRAL MUTUAL & ALL AMERICA INS CO |
| * | 20-1956 | 1194 | IMPORTANT INFORMATION ABOUT YOUR POLICY RENEWAL |
| * | 20-2143 | 0614 | AVAILABLE PAY PLANS |
| * | 20-2320 | 0112 | IL-POLICYHOLDER NOTICE FOR CIVIL UNIONS |

* DENOTES FORMS ATTACHED WITH THIS TRANSACTION

# AUTO DEALERS DECLARATIONS (continued)

**NAMED INSURED**
AAA TRUCK SALES LLC

**POLICY NUMBER**
GP 8656828 11

## ITEM THREE - SCHEDULE OF LOCATIONS AND COVERAGES

| LOCATION | ADDRESS | TERRITORY | PREMIUM |
|---|---|---|---|
| 1 | 17201 STATE ST<br>SOUTH HOLLAND IL 60473 | 137 | |

**LIABILITY COVERAGE:**

| CLASSES OF OPERATORS | NUMBER OF PERSONS | RATING UNITS |
|---|---|---|
| CLASS I - EMPLOYEES REGULAR OPERATORS | 10.00 | 5.20 |
| CLASS I - EMPLOYEES ALL OTHERS | .00 | .00 |
| CLASS II - NON-EMPLOYEES UNDER AGE 25 | .00 | .00 |
| CLASS II - NON-EMPLOYEES AGE 25 AND OVER | .00 | .00 |
| | TOTAL RATING UNITS | 5.20 |

LIABILITY PREMIUM
"PROPERTY DAMAGE" ONLY LIABILITY DEDUCTIBLE PER ACCIDENT: $5,000
LOCATION AND OPERATION MEDICAL PAYMENTS PREMIUM
AUTO MEDICAL PAYMENTS PREMIUM
ACTS ERRORS OR OMISSIONS LIABILITY PREMIUM

**PHYSICAL DAMAGE COVERAGE:**

[redacted]

| COVERAGES | LIMIT OF INSURANCE AND DEDUCTIBLE |
|---|---|
| COMPREHENSIVE | $5,000,000<br>$10,000 DEDUCTIBLE PER AUTO FOR ALL PERILS UNLESS OTHERWISE SPECIFIED<br>$50,000 MAXIMUM PER LOSS |
| COLLISION (ALL LOCATIONS) | $5,500,000<br>$5,000 DEDUCTIBLE PER AUTO |

**BLANKET ANNUAL COLLISION RATES**

| FIRST $50,000 | $50,000 TO $100,000 | OVER $100,000 | ADJUSTMENT FACTOR |
|---|---|---|---|
| 0.450 | 0.165 | 0.068 | 0.800 |

| STATE | NUMBER OF DEALER PLATES |
|---|---|
| IL -UNINSURED MOTORIST | 5 |
| IL -UNDERINSURED MOTORIST | 5 |

[redacted]

# AUTO DEALERS DECLARATIONS (continued)

**NAMED INSURED**
AAA TRUCK SALES LLC

**POLICY NUMBER**
GP 8656828 11

## ITEM FOUR - LIABILITY COVERAGE DEFINITIONS

**CLASS I - EMPLOYEES**

REGULAR OPERATOR - PROPRIETORS, PARTNERS, AND OFFICERS ACTIVE IN THE "AUTO DEALERS OPERATION", SALESPERSONS, GENERAL MANAGERS, SERVICE MANAGERS, ANY "EMPLOYEE" WHOSE PRINCIPAL DUTY INVOLVES THE OPERATION OF COVERED "AUTOS" OR WHO IS FURNISHED A COVERED "AUTO".

ALL OTHERS - ALL OTHER "EMPLOYEES".

NOTE:

1) PART-TIME "EMPLOYEES" WORKING AN AVERAGE OF 20 HOURS OR MORE A WEEK FOR THE NUMBER OF WEEKS WORKED ARE TO BE COUNTED AS 1 RATING UNIT EACH.
2) PART-TIME "EMPLOYEES" WORKING AN AVERAGE OF LESS THAN 20 HOURS A WEEK FOR THE NUMBER OF WEEKS WORKED ARE TO BE COUNTED AS 1/2 RATING UNIT EACH.

**CLASS II - NON-EMPLOYEES**

ANY OF THE FOLLOWING PERSONS WHO ARE REGULARY FURNISHED WITH A COVERED "AUTO": INACTIVE PROPRIETORS, PARTNERS OR OFFICERS AND THEIR RELATIVES AND THE RELATIVES OF ANY PERSON DESCRIBED IN CLASS I.

## ITEM FIVE - GARAGEKEEPERS COVERAGE

GARAGEKEEPERS COVERAGE DOES NOT APPLY.

# AUTO DEALERS DECLARATIONS (continued)

**NAMED INSURED**
AAA TRUCK SALES LLC

**POLICY NUMBER**
GP 8656828 11

## ITEM SIX - PHYSICAL DAMAGE REPORTING - TYPES OF COVERED AUTOS AND INTERESTS IN THESE AUTOS - REPORTING OR NON-REPORTING BASIS

EACH OF THE FOLLOWING PHYSICAL DAMAGE COVERAGES THAT IS INDICATED IN ITEM TWO APPLIES ONLY TO THE TYPES OF "AUTOS" AND INTERESTS INDICATED BELOW:

**COMPREHENSIVE COVERAGE:**

TYPE OF AUTOS:
USED AUTOS, DEMONSTRATORS AND SERVICE VEHICLES

INTERESTS COVERED:
YOUR INTEREST IN COVERED AUTOS YOU OWN
YOUR INTEREST ONLY IN FINANCED COVERED AUTOS

**COLLISION COVERAGE**

TYPE OF AUTOS:
USED AUTOS, DEMONSTRATORS AND SERVICE VEHICLES

INTERESTS COVERED:
YOUR INTEREST IN COVERED AUTOS YOU OWN
YOUR INTEREST ONLY IN FINANCED COVERED AUTOS

**OUR LIMIT OF INSURANCE FOR "LOSS" AT LOCATIONS OTHER THAN THOSE STATED IN ITEM THREE:**

$100,000 - ADDITIONAL LOCATIONS WHERE YOU STORE COVERED "AUTOS"
$ 50,000 - IN TRANSIT

PREMIUM BASIS - YOUR REPORTING BASIS IS: NONREPORTING BASIS
STATED LIMIT OF INSURANCE SHOWN IN ITEM THREE APPLIES

## SCHEDULE OF MISCELLANEOUS COVERAGES

| MISCELLANEOUS COVERAGES | STATE | PREMIUM |
|---|---|---|
| TERRORISM | 12 | [redacted] |

THE FOLLOWING INFORMATION IS REQUIRED TO COMPLETE FORM CA0302 1013

DEDUCTIBLE LIABILITY COVERAGE

SEE DECLARATIONS

PRESIDENT

SECRETARY

November 21, 2019
DATE

# AUTO DEALERS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations and include your spouse, if you are an individual. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERED AUTOS COVERAGES

### A. Description Of Covered Auto Designation Symbols

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

| Symbol | | Description of Covered Auto Designation Symbols |
|---|---|---|
| 21 | Any "Auto" | |
| 22 | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 23 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 24 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 25 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| 26 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 27 | Specifically Described "Autos" | Only those "autos" described in Item Seven of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to a power unit described in Item Seven). |
| 28 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |

 Copyright, Insurance Services Office, Inc., 2011 

| | | |
|---|---|---|
| **29** | Non-owned "Autos" Used In Your "Auto" Dealership | Any "auto" you do not own, lease, hire, rent or borrow used in connection with your "auto" dealership described in the Declarations. This includes "autos" owned by your "employees" or partners (if you are a partnership), members (if you are a limited liability company) or members of their households while used in your "auto" dealership. |
| **30** | "Autos" Left With You For Service, Repair, Storage Or Safekeeping | Any land motor vehicle, trailer or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. This also includes "autos" left in your care by your "employees" and members of their households who pay for the services performed. |
| **31** | "Auto" Dealers' "Autos" (Physical Damage Coverages) | Any "autos" and the interests in these "autos" described in Item Six of the Declarations. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **21, 22, 23, 24, 25** or **26** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.
2. But, if Symbol **27** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:
   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and
   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.
2. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:
   a. Breakdown;
   b. Repair;
   c. Servicing;
   d. "Loss"; or
   e. Destruction.

**D. Covered Autos Liability Coverage**

1. **Coverage**

   We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos".

   We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

   We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered "Autos" Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

2. **Who Is An Insured**

The following are "insureds" for covered "autos":

**a.** You for any covered "auto".

**b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

**(1)** The owner or anyone else from whom you hire or borrow a covered "auto".

This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing or repairing "autos" unless that business is yours.

**(4)** Your customers. However, if a customer of yours:

**(a)** Has no other available insurance (whether primary, excess or contingent), they are an "insured" but only up to the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

**(b)** Has other available insurance (whether primary, excess or contingent) less than the compulsory or financial responsibility law limits where the covered "auto" is principally garaged, they are an "insured" only for the amount by which the compulsory or financial responsibility law limits exceed the limit of their other insurance.

**(5)** A partner (if you are a partnership), or a member (if you are a limited liability company), for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**d.** Your "employee" while using a covered "auto" you do not own, hire or borrow in your business or your personal affairs.

**3. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**4. Exclusions**

This insurance does not apply to any of the following:

 Copyright, Insurance Services Office, Inc., 2011 

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**b. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**(1)** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**(2)** That the "insured" would have in the absence of the contract or agreement.

**c. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**d. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the "insured" arising out of and in the course of:

**(a)** Employment by the "insured"; or

**(b)** Performing the duties related to the conduct of the "insured's" business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(a)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(b)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of Covered Autos Liability Coverage, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**e. Fellow Employee**

"Bodily injury" to:

**(1)** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**(2)** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **(1)** above.

**f. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving:

**(1)** Property owned, rented or occupied by the "insured";

**(2)** Property loaned to the "insured";

**(3)** Property held for sale or being transported by the "insured"; or

**(4)** Property in the "insured's" care, custody or control.

But this exclusion does not apply to liability assumed under a sidetrack agreement.

**g. Leased Autos**

Any covered "auto" while leased or rented to others. But this exclusion does not apply to a covered "auto" you rent to one of your customers while their "auto" is left with you for service or repair.

**h. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(1)** That are, or that are contained in any property that is:

**(a)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

 Copyright, Insurance Services Office, Inc., 2011 

**(b)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(c)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**(2)** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**(3)** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **(1)** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **(2)** and **(3)** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**i. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**j. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**(1)** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**(2)** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**k. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**l. Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

**m. Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**n. Damage To Impaired Property Or Property Not Physically Damaged**

"Property damage" to "impaired property" or other property not physically damaged if caused by:

**(1)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

**(2)** A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **n.(2),** does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

**o. Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**p. War**

 Copyright, Insurance Services Office, Inc., 2011 

"Bodily injury" or "property damage" arising directly or indirectly out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**q. Acts, Errors Or Omissions**

"Bodily injury" or "property damage" arising out of "acts, errors or omissions".

**5. Limit Of Insurance – Covered Autos Liability**

For "accidents" resulting from the ownership, maintenance or use of covered "autos", the following applies:

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" involving a covered "auto" is the Limit of Insurance for Covered "Autos" Liability Coverage shown in the Declarations.

Damages and "covered pollution cost or expense" payable under the Limit of Insurance for Covered "Autos" Liability Coverage are not payable under any applicable Limits of Insurance under Section **II** – General Liability Coverages or Section **III** – Acts, Errors Or Omissions Liability Coverage.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Auto Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

**E. Garagekeepers Coverage**

**1. Coverage**

**a.** We will pay all sums the "insured" legally must pay as damages for "loss" to a "customer's auto" or "customer's auto" equipment left in the "insured's" care while the "insured" is attending, servicing, repairing, parking or storing it in your "auto dealer operations" under:

**(1) Comprehensive Coverage**

From any cause except:

**(a)** The "customer's auto's" collision with another object; or

**(b)** The "customer's auto's" overturn.

**(2) Specified Causes Of Loss Coverage**

Caused by:

**(a)** Fire, lightning or explosion;

**(b)** Theft; or

**(c)** Mischief or vandalism.

**(3) Collision Coverage**

Caused by:

**(a)** The "customer's auto's" collision with another object; or

**(b)** The "customer's auto's" overturn.

**b.** We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any loss to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

**2. Who Is An Insured**

The following are "insureds" for "loss" to "customer's autos" and "customer's auto" equipment:

**a.** You.

 Copyright, Insurance Services Office, Inc., 2011 

b. Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

c. Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

d. Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

e. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

3. **Coverage Extensions**

The following apply as **Supplementary Payments.** We will pay for the "insured":

a. All expenses we incur.

b. The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

c. All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

d. All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

e. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

4. **Exclusions**

a. This insurance does not apply to any of the following:

(1) **Contractual**

Liability resulting from any contract or agreement by which the "insured" accepts responsibility for "loss". But this exclusion does not apply to liability for "loss" that the "insured" would have in the absence of the contract or agreement.

(2) **Theft**

"Loss" due to theft or conversion caused in any way by you, your "employees" or by your stockholders.

(3) **Defective Parts**

Defective parts or materials.

(4) **Faulty Work**

Faulty "work you performed".

b. We will not pay for "loss" to any of the following:

(1) Tape decks or other sound-reproducing equipment unless permanently installed in a "customer's auto".

(2) Tapes, records or other sound-reproducing devices designed for use with sound-reproducing equipment.

(3) Sound-receiving equipment designed for use as a citizens' band radio, two-way mobile radio or telephone or scanning monitor receiver, including its antennas and other accessories, unless permanently installed in the dash or console opening normally used by the "customer's auto" manufacturer for the installation of a radio.

(4) Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

c. We will not pay for "loss" caused by or resulting from the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

 Copyright, Insurance Services Office, Inc., 2011 

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**5. Limit Of Insurance And Deductibles**

a. Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit Of Insurance shown in the Declarations for that location. Prior to the application of this limit, the damages for "loss" that would otherwise be payable will be reduced by the applicable deductibles for "loss" caused by:

(1) Collision; or

(2) With respect to Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage:

(a) Theft or mischief or vandalism; or

(b) All perils.

b. The maximum deductible stated in the Declarations for Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage is the most that will be deducted for all "loss" in any one event caused by:

(1) Theft or mischief or vandalism; or

(2) All perils.

c. To settle a claim or "suit", we may pay all or any part of the deductible. If this happens, you must reimburse us for the deductible or that part of the deductible that we paid.

**F. Physical Damage Coverage**

**1. Coverage**

a. We will pay for "loss" to a covered "auto" or its equipment under:

(1) **Comprehensive Coverage**

From any cause except:

(a) The covered "auto's" collision with another object; or

(b) The covered "auto's" overturn.

(2) **Specified Causes Of Loss Coverage**

Caused by:

(a) Fire, lightning or explosion;

(b) Theft;

(c) Windstorm, hail or earthquake;

(d) Flood;

(e) Mischief or vandalism; or

(f) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

(3) **Collision Coverage**

Caused by:

(a) The covered "auto's" collision with another object; or

(b) The covered "auto's" overturn.

b. **Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

(1) Glass breakage;

(2) "Loss" caused by hitting a bird or animal; and

(3) "Loss" caused by falling objects or missiles.

 Copyright, Insurance Services Office, Inc., 2011 

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**2. Coverage Extension – Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

**a.** Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

**b.** Specified Causes of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

**c.** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**3. Exclusions**

**a.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**(1) Nuclear Hazard**

**(a)** The explosion of any weapon employing atomic fission or fusion; or

**(b)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**(2) War Or Military Action**

**(a)** War, including undeclared or civil war;

**(b)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(c)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**b.** We will not pay for "loss" to any of the following:

**(1)** Any covered "auto" leased or rented to others unless rented to one of your customers while their "auto" is left with you for service or repair.

**(2)** Any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such contest or activity.

**(3)** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**(4)** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**(5)** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

**(6)** Any accessories used with the electronic equipment described in Paragraph **(5)** above.

Exclusions **b.(5)** and **b.(6)** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

**(a)** Permanently installed in or upon the covered "auto" ;

**(b)** Removable from a housing unit which is permanently installed in or upon the covered "auto";

**(c)** An integral part of the same unit housing any electrical equipment described in Paragraphs **(a)** and **(b)** above; or

**(d)** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

**c. False Pretense**

We will not pay for "loss" to a covered "auto" caused by or resulting from:

**(1)** Someone causing you to voluntarily part with it by trick or scheme or under false pretenses; or

**(2)** Your acquiring an "auto" from a seller who did not have legal title.

 Copyright, Insurance Services Office, Inc., 2011 

**d.** We will not pay for:

**(1)** Your expected profit, including loss of market value or resale value.

**(2)** "Loss" to any covered "auto" displayed or stored at any location not shown in Item Three of the Declarations if the "loss" occurs more than 45 days after your use of the location begins.

**(3)** Under the Collision Coverage, "loss" to any covered "auto" while being driven or transported from the point of purchase or distribution to its destination if such points are more than 50 road miles apart.

**(4)** Under the Specified Causes of Loss Coverage, "loss" to any covered "auto" caused by or resulting from the collision or upset of any vehicle transporting it.

**e.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**f. Other Exclusions**

We will not pay for "loss" due and confined to:

**(1)** Wear and tear, freezing, mechanical or electrical breakdown.

**(2)** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4. Limits Of Insurance**

**a.** The most we will pay for:

**(1)** "Loss" to any one covered "auto" is the lesser of:

**(a)** The actual cash value of the damaged or stolen property as of the time of "loss"; or

**(b)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**(2)** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

**(a)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

**(b)** Removable from a permanently installed housing unit as described in Paragraph **(2)(a)** above; or

**(c)** An integral part of such equipment as described in Paragraphs **(2)(a)** and **(2)(b)** above.

**b.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**c.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**d.** The following provisions also apply:

**(1)** Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" at any one location is the amount shown in the Declarations for that location. Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" in transit is the amount shown in the Declarations for "loss" in transit.

**(2) Quarterly Or Monthly Reporting Premium Basis**

If, on the date of your last report, the actual value of the covered "autos" at the "loss" location exceeds what you last reported, when a "loss" occurs we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing your total reported value for the involved location by the total actual value at the "loss" location on the date of your last report.

If the first report due is delinquent on the date of "loss", the most we will pay will not exceed 75 percent of the Limit Of Insurance shown in the Declarations for the applicable location.

**(3) Nonreporting Premium Basis**

If, when "loss" occurs, the total value of your covered "autos" exceeds the Limit Of Insurance shown in the Declarations, we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing the Limit of Insurance by the total actual value at the "loss" location at the time the "loss" occurred.

**5. Deductible**

 Copyright, Insurance Services Office, Inc., 2011 

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations prior to the application of the Limit Of Insurance shown in the Declarations, provided that:

**a.** The Comprehensive or Specified Causes of Loss Coverage deductible applies only to "loss" caused by:

**(1)** Theft or mischief or vandalism; or

**(2)** All perils.

**b.** Regardless of the number of covered "autos" damaged or stolen, the per "loss" deductible for Comprehensive or Specified Causes of Loss Coverage shown in the Declarations is the maximum deductible applicable for all "loss" in any one event caused by:

**(1)** Theft or mischief or vandalism; or

**(2)** All perils.

**SECTION II – GENERAL LIABILITY COVERAGES**

**A. Bodily Injury And Property Damage Liability**

**1. Coverage**

**a.** We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies caused by an "accident", and resulting from your "auto dealer operations" other than the ownership, maintenance or use of "autos".

We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **F.** Limits Of Insurance – General Liability Coverages; and

**(2)** Our duty to defend or settle ends when the applicable limit of insurance has been exhausted by payment of judgments or settlements under Paragraph **A.** Bodily Injury And Property Damage Liability or **B.** Personal And Advertising Injury Liability or medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "accident" occurs in the coverage territory;

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision and no "employee" authorized by you to give or receive notice of an "accident" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed "insured" or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision or any "employee" authorized by you to give or receive notice of an "accident" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision or any "employee" authorized by you to give or receive notice of an "accident" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

 Copyright, Insurance Services Office, Inc., 2011 

**2. Exclusions**

This insurance does not apply to any of the following:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured". This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**(1)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**(2)** That the "insured" would have in the absence of the contract or agreement.

**c. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**d. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the "insured" arising out of and in the course of:

**(a)** Employment by the "insured"; or

**(b)** Performing the duties related to the conduct of the "insured's" business;

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

**(3)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(4)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraph **(3)(a), (b)** or **(c)** above are directed.

This exclusion applies:

**(a)** Whether the injury-causing event described in Paragraph **(3)(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(b)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(c)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Paragraphs **(1)** and **(2)** of this exclusion do not apply to liability assumed by the "insured" under an "insured contract".

**e. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Property loaned to the "insured";

**(3)** Property held for sale or being transported by the "insured"; or

**(4)** Property in the "insured's" care, custody or control.

Paragraphs **(1)**, **(2)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by

 Copyright, Insurance Services Office, Inc., 2011 

fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Paragraph **F.** Limits Of Insurance – General Liability Coverages.

This exclusion does not apply to liability assumed under a sidetrack agreement.

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location that is or was at any time owned or occupied by, or rented or loaned to, any "insured";

**(b)** At or from any premises, site or location that is or was at any time used by or for any "insured" or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** At or from any premises, site or location on which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations:

**(i)** To test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of the "pollutants"; or

**(ii)** If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such "insured", contractor or subcontractor; or

**(d)** That are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any "insured" or any person or organization for whom you may be legally responsible.

Paragraphs **(1)(a)** and **(1)(c)(ii)** do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire. A hostile fire means one that becomes uncontrollable, or breaks out from where it was intended to be.

Paragraph **(1)(a)** does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests.

Paragraph **(1)(c)(ii)** does not apply to "bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from material brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the "insured" would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any "insured". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "accident" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any "insured".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises where you conduct "auto dealer operations";

**(2)** A watercraft you do not own that is:

 Copyright, Insurance Services Office, Inc., 2011 

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge; or

(3) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft.

**h. Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

**i. Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**j. Damage To Impaired Property Or Property Not Physically Damaged**

"Property damage" to "impaired property" or other property not physically damaged if caused by:

(1) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

(2) A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **j.(2),** does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

**k. Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**l. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**m. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair And Accurate Credit Transaction Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**n. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**o. Liquor Liability**

"Bodily injury" or "property damage" for which any "insured" may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

 Copyright, Insurance Services Office, Inc., 2011 

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

Exclusions **c.** through **o.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Paragraph **F.** Limits Of Insurance – General Liability Coverages.

**B. Personal And Advertising Injury Liability**

**1. Coverage**

We will pay all sums the "insured" legally must pay as damages because of "personal and advertising injury" to which this insurance applies, caused by an offense arising out of your "auto dealer operations", but only if the offense was committed in the coverage territory during the policy period.

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

**a.** The amount we will pay for damages is limited as described in Paragraph **F.** Limits Of Insurance – General Liability Coverages; and

**b.** Our duty to defend or settle ends when the applicable limit of insurance has been exhausted by payment of judgments or settlements under Paragraph **A.** Bodily Injury And Property Damage Liability or Paragraph **B.** Personal And Advertising Injury Liability or medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the "insured" with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the "insured" with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the "insured".

**e. Contractual**

"Personal and advertising injury" for which the "insured" has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".


Copyright, Insurance Services Office, Inc., 2011

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Electronic Chat Rooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chat room or bulletin board the "insured" hosts, owns, or over which the "insured" exercises control.

**k. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**l. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**m. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**n. War**

"Personal and advertising injury" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**o. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair And Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**p. Employment-related Practices**

"Personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion,

evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **(1)(a), (b)** or **(c)** above are directed.

This exclusion applies:

**(a)** Whether the injury-causing event described in Paragraph **(1)(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(b)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(c)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**q. Acts, Errors Or Omissions**

"Personal and advertising injury" arising out of "acts, errors or omissions".

**C. Locations And Operations Medical Payments**

**1. Coverage**

**a.** We will pay medical expenses as described below to or for each person who sustains "bodily injury" to which this coverage applies, caused by an "accident" and resulting from your "auto dealer operations".

**b.** We will pay only those expenses incurred for services rendered within one year from the date of the "accident".

**c.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an "accident";

**(2)** Necessary medical, surgical, diagnostic imaging and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

This insurance does not apply to "bodily injury":

**a. Workers' Compensation**

To a person, whether or not an "employee" of any "insured", if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**b. Insured**

To any "insured".

**c. Hired Person**

To a person hired to do work for or on behalf of any "insured" or a tenant of any "insured".

**d. Injury On Normally Occupied Premises**

To a person injured on that part of the premises you own or rent that the person normally occupies.

**e. Athletic Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Injury Away From Auto Dealer Locations**

Sustained by a person away from locations owned, maintained or used for your "auto dealer operations".

**g. Bodily Injury And Property Damage Liability**

Excluded under Paragraph **A.** Bodily Injury And Property Damage Liability.

**D. Who Is An Insured**

The following are "insureds" for General Liability Coverages:

**1.** You.

**2.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto

 Copyright, Insurance Services Office, Inc., 2011 

dealer operations".

3. Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.
4. Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.
5. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations". However, no "employee" is an "insured" for:
   a. "Bodily injury" or "personal and advertising injury":
      (1) To you (if you are an individual), your partners (if you are a partnership), your members (if you are a limited liability company) or a fellow "employee" of the "insured" while in the course of his or her employment or while performing duties related to the conduct of your "auto dealer operations";
      (2) To the spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **(1)** above;
      (3) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)** or **(2)** above; or
      (4) Arising out of his or her providing or failing to provide professional health care services.
   b. "Property damage" to property:
      (1) Owned, occupied or used by;
      (2) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

      you, any of your "employees", any partner or member (if you are a partnership), or any member (if you are a limited liability company).
6. Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:
   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and
   b. Coverage does not apply to:
      (1) "Bodily injury" or "property damage" that occurred; or
      (2) "Personal and advertising injury" arising out of an offense committed

      before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**E. Supplementary Payments**

With respect to coverage provided under Bodily Injury And Property Damage Liability and Personal And Advertising Injury Liability Coverages, we will pay for the "insured":

1. All expenses we incur.
2. The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.
3. All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.
4. All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".
5. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

 Copyright, Insurance Services Office, Inc., 2011 

**F. Limits Of Insurance – General Liability Coverages**

1. Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the:

   a. General Liability Aggregate Limit shown in the Declarations is the most we will pay for the sum of all:

      (1) Damages under Paragraph **A.** Bodily Injury And Property Damage Liability, except damages because of "bodily injury" and "property damage" that are both:

         (a) Sustained away from locations owned, maintained or used for your "auto dealer operations"; and

         (b) Arising out of your "products" or "work you performed";

      (2) Damages under Paragraph **B.** Personal And Advertising Injury Liability; and

      (3) Medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

   b. The Products And Work You Performed Aggregate Liability Limit is the most we will pay under Paragraph **A.** Bodily Injury And Property Damage Liability for "bodily injury" and "property damage" that are both:

      (1) Sustained away from locations owned, maintained or used for your "auto dealer operations"; and

      (2) Arising out of your "products" or "work you performed".

2. Subject to Paragraph **1.a.** above, the Personal And Advertising Injury Liability Limit is the most we will pay for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization under Paragraph **B.** Personal And Advertising Injury Liability.

3. Subject to Paragraph **1.a.** above, the Locations And Operations Medical Payments Limit is the most we will pay for all medical expenses because of "bodily injury" for each person injured in any one "accident" under Paragraph **C.** Locations And Operations Medical Payments.

4. Subject to Paragraph **1.a.** or **1.b.** above, whichever applies, the General Liability Bodily Injury And Property Damage Liability Each "Accident" Limit shown in the Declarations is the most we will pay for the sum of all damages under Paragraph **A.** Bodily Injury And Property Damage Liability resulting from any one "accident".

   Damages payable under any applicable Limits of Insurance for General Liability Coverages are not payable under Section **I** – Covered Autos Coverages or Section **III** – Acts, Errors Or Omissions Liability Coverage.

5. Subject to Paragraph **4.** above, the Damage To Premises Rented To You Limit is the most we will pay under Paragraph **A.** Bodily Injury And Property Damage Liability for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

6. The Aggregate Limits of Insurance for General Liability Coverages apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Aggregate Limits of Insurance – General Liability Coverages.

7. We will deduct $500 from the damages in any "accident" resulting from "property damage" to an "auto" as a result of "work you performed" on that "auto".

**SECTION III – ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES**

**A. Coverage**

We will pay all sums that an "insured" legally must pay as damages because of any "act, error or omission" of the "insured" to which this insurance applies and arising out of the conduct of your "auto dealer operations", but only if the "act, error or omission" is committed in the coverage territory during the policy period.

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "acts, error or omissions" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

1. The amount we will pay for damages is limited as described in Paragraph **E.** Limits Of Insurance And Deductible; and

2. Our duty to defend or settle ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

 Copyright, Insurance Services Office, Inc., 2011 

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **D.** Supplementary Payments.

**B. Exclusions**

This insurance does not apply to:

**1. Criminal, Fraudulent, Malicious, Dishonest Or Intentional Acts**

Damages arising out of any criminal, fraudulent, malicious, dishonest or intentional "act, error or omission" by an "insured", including the willful or reckless violation of any law or regulation. However, this exclusion does not apply to any "insured" who did not:

**a.** Personally commit;

**b.** Personally participate in;

**c.** Personally acquiesce to; or

**d.** Remain passive after having knowledge of;

any such "act, error or omission".

**2. Bodily Injury, Property Damage Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**3. Profit Gain**

Damages based upon, attributable to or arising in fact out of the gaining of any profit, remuneration or advantage to which any "insured" was not entitled.

**4. Contractual**

Liability for which the "insured" has assumed in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

**5. Noncompensatory Damages**

Criminal fines or penalties imposed by law or regulation, punitive or exemplary damages or demands for injunctive or equitable relief.

**6. Quality Or Performance Of Goods – Failure To Conform To Statements**

Damages arising out of the failure of goods, products or services to conform with any statement of quality or performance.

**7. Recording And Distribution Of Material Or Information In Violation Of Law**

Damages arising directly or indirectly out of any "act, error or omission" that violates or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**c.** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**d.** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**8. Discrimination**

Damages arising directly or indirectly out of any "act, error or omission" that violates a person's civil rights with respect to such person's race, color, national origin, religion, gender, marital status, age, sexual orientation or preference, physical or mental condition, or any other protected class or characteristic established by any federal, state or local statutes, rules or regulations.

**9. Bankruptcy Or Insolvency**

Damages arising out of the:

**a.** Bankruptcy;

**b.** Financial inability to pay;

**c.** Insolvency;

**d.** Liquidation; or

 Copyright, Insurance Services Office, Inc., 2011 

e. Receivership;

of any insurance company, reinsurer or other risk-assuming entity in which the "insured" has placed or obtained insurance for a customer.

However, this exclusion does not apply if the insurance company, reinsurer or other risk-assuming entity was rated "B+" or higher by A. M. Best Company, Inc. at the time the insurance was placed or obtained.

**C. Who Is An Insured**

The following are "insureds" for "acts, errors or omissions":

1. You.
2. Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".
3. Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.
4. Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.
5. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".
6. Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:
   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and
   b. Coverage does not apply to "acts, errors or omissions" that were committed before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Supplementary Payments**

With respect to "Acts, Errors Or Omissions" Liability Coverage, we will pay for the "insured":

1. All expenses we incur.
2. The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.
3. All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.
4. All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".
5. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**E. Limit Of Insurance And Deductible**

1. Regardless of the number of:
   a. "Insureds";
   b. Claims made or "suits" brought;
   c. Persons or organizations making claims or bringing "suits"; or
   d. "Acts, errors or omissions",

   the "Acts, Errors Or Omissions" Liability Aggregate Limit shown in the Declarations is the most we will pay for all damages because of "acts, errors or omissions" under Section **III.**

2. Damages payable under the Limits of Insurance for "Acts, Errors Or Omissions" Liability Coverage are not payable under any applicable Limits of Insurance under Section I – Covered Autos Coverages or Section II – General Liability Coverages.

3. Our obligation to pay damages applies only to the amount of damages in excess of any deductible amount stated in the Declarations as applicable to this coverage. The Limits of Insurance for "Acts, Errors Or Omissions" Liability Coverage will not be reduced by the amount of this deductible.

   To settle a claim or "suit", we may pay all or any part of the deductible. If this happens, you must reimburse us for the deductible or that part of the deductible that we paid.

4. The "Acts, Errors Or Omissions" Liability Aggregate Limit applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the "Acts, Errors Or Omissions" Liability Aggregate Limit.

**SECTION IV – CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire.

The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit", offense, "loss" or "act, error or omission", you must give us or our authorized representative prompt notice of the "accident", offense, "loss" or "act, error or omission". Include:

**(1)** How, when and where the "accident", offense, "loss" or "act, error or omission" occurred;

**(2)** What the "act, error or omission" was;

**(3)** The "insured's" name and address;

**(4)** To the extent possible, the names and addresses of:

**(a)** Any injured persons and witnesses; or

**(b)** Anyone who may suffer damages as a result of an "act, error or omission".

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination at our expense, by physicians of our choice, as often as we reasonably require.

**(6)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "insured" because of an "act, error or omission" to which this insurance may also apply.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

 Copyright, Insurance Services Office, Inc., 2011 

(1) Promptly notify the police if the covered "auto" or any of its equipment is stolen.

(2) Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

(3) Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

(4) Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under any liability coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment – Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

This condition does not apply to damages under Paragraph **C.** Locations And Operations Medical Payments Coverage of Section **II** – General Liability Coverages.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

 Copyright, Insurance Services Office, Inc., 2011 

(1) Excess while it is connected to a motor vehicle you do not own; or

(2) Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** For General Liability and "Acts, Errors Or Omissions" Liability Coverages, this insurance is primary except when **e.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **f.** below.

**e.** This Coverage Form is excess over any other insurance, whether primary, excess, contingent or on any other basis:

(1) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(2) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner;

(3) If the "loss" arises out of the maintenance or use of aircraft or watercraft to the extent not subject to Exclusion **g.** of Paragraph **A.** Bodily Injury And Property Damage Liability of Section **II** – General Liability Coverages;

(4) That is specifically written to apply as primary insurance for liability arising out of your "acts, errors or omissions".

**f.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover:

**a.** "Bodily injury", "property damage" and "losses" occurring;

**b.** "Personal and advertising injury" offenses and "acts, errors or omissions" committed; and

**c.** "Covered pollution cost or expense" arising out of "accidents" occurring

during the policy period shown in the Declarations and within the coverage territory.

The coverage territory is:

(1) The United States of America;

(2) The territories and possessions of the United States of America;

(3) Puerto Rico;

(4) Canada; and

(5) Anywhere in the world if:

(a) A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less;

(b) The "bodily injury", "property damage" or "personal and advertising injury" is caused by an "insured" who permanently lives within the United States of America, its territories or

 Copyright, Insurance Services Office, Inc., 2011 

possessions, Puerto Rico or Canada while the "insured" is temporarily outside of one of those places;

**(c)** The "personal and advertising injury" offense takes place through the Internet or similar electronic means of communication; or

**(d)** The "bodily injury" or "property damage" is caused by one of your "products" which is sold for use in the United States of America, its territories or possessions, Puerto Rico or Canada;

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

However, the coverage territory described in Paragraph **(5)** above does not apply to "work you performed".

We also cover "bodily injury", "property damage", "covered pollution cost or expense" and "losses" while a covered "auto" is being transported between the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V – DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Act, error or omission" means any actual or alleged negligent act, error or omission committed by an "insured" in the course of your "auto dealer operations" arising:

1. Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of credit or lease terms to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations", including, but not limited to, the Truth In Lending and Consumer Leasing Acts;
2. Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of accurate odometer mileage to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations";
3. In an "insured's" capacity as an insurance agent or broker in the offering, placement or maintenance of any "auto" physical damage, auto loan/lease gap, credit life or credit disability insurance sold in connection with the sale or lease of an "auto" in your "auto dealer operations", but only if the "insured" holds a valid insurance agent or broker license at the time the "act, error or omission" is committed, in the jurisdiction in which your "auto dealer operations" is located, if required to do so by such jurisdiction; and
4. Out of a defect in title in connection with the sale or lease of an "auto" in your "auto dealer operations".

**C.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

1. Notices that are published include material placed on the Internet or on similar electronic means of communication; and
2. Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**D.** "Auto" means a land motor vehicle, "trailer" or semitrailer.

**E.** "Auto dealer operations" means the ownership, maintenance or use of locations for an "auto" dealership and that portion of the roads or other accesses that adjoin these locations. "Auto dealer operations" also include all operations necessary or incidental to an "auto" dealership.

**F.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**G.** "Covered pollution cost or expense" means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

 Copyright, Insurance Services Office, Inc., 2011 

2. Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

a. That are, or that are contained in any property that is:

(1) Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

(2) Otherwise in the course of transit by or on behalf of the "insured";

(3) Being stored, disposed of, treated or processed in or upon the covered "auto"; or

b. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

c. After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

H. "Customer's auto" means a land motor vehicle, "trailer" or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. A "customer's auto" also includes any such vehicle left in your care by your "employees" and members of their households who pay for services performed.

I. "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

J. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

K. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

L. "Impaired property" means tangible property, other than your "product" or "work you performed", that cannot be used or is less useful because:

1. It incorporates your "product" or "work you performed" that is known or thought to be defective, deficient, inadequate or dangerous; or

2. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of your "product" or " work you performed" or your fulfilling the terms of the contract or agreement.

M. "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

N. "Insured contract" means:

1. A lease of premises;

2. A sidetrack agreement;

3. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

4. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

 Copyright, Insurance Services Office, Inc., 2011 

5. That part of any other contract or agreement pertaining to your "auto" dealership (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

6. An elevator maintenance agreement; or

7. That part of any contract or agreement entered into, as part of your "auto" dealership, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

a. That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(1) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawing and specifications; or

(2) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

b. That indemnifies any person or organization for damage by fire to premises rented or loaned to you or temporarily occupied by you with permission of the owner.

c. That pertains to the loan, lease or rental of an "auto", to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver.

d. That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

e. That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing.

O. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

P. "Loading or unloading" means the handling of property:

1. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

2. While it is in or on an aircraft, watercraft or "auto"; or

3. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

Q. "Loss" means direct and accidental loss or damage. But for Garagekeepers Coverage only, "loss" also includes any resulting loss of use.

R. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

1. False arrest, detention or imprisonment;

2. Malicious prosecution;

3. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

4. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

5. Oral or written publication, in any manner, of material that violates a person's right of privacy;

6. The use of another's advertising idea in your "advertisement"; or

7. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

S. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

 Copyright, Insurance Services Office, Inc., 2011 

**T.** "Products" includes:

**1.** The goods or products made or sold in an "auto" dealership by:

**a.** You; or

**b.** An "auto" dealership you have acquired; and

**2.** The providing of or failure to provide warnings or instructions.

**U.** "Property damage" means damage to or loss of use of tangible property.

**V.** "Suit" means a civil proceeding in which:

**1.** Damages because of "bodily injury", "property damage", "personal and advertising injury" or "acts, errors or omissions"; or

**2.** A "covered pollution cost or expense",

to which this insurance applies, are claimed.

"Suit" includes:

**a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" submits with our consent.

**W.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**X.** "Trailer" includes semitrailer.

**Y.** "Work you performed" includes:

**1.** Work that someone performed on your behalf; and

**2.** The providing of or failure to provide warnings or instructions.


Copyright, Insurance Services Office, Inc., 2011

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – AUTO DEALERS COVERAGE FORM

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Illinois, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

1. Paragraphs **2.b.(3)** and **2.b.(4)** of the **Who Is An Insured** provision do not apply.
2. The **Limit Of Insurance – Covered Autos Liability** provision applies except that we will apply the Covered Autos Liability Coverage limit shown in the Declarations to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:
   - **a.** $25,000 for "bodily injury" to any one person caused by any one "accident";
   - **b.** $50,000 for "bodily injury" to two or more persons caused by any one "accident"; and
   - **c.** $20,000 for "property damage" caused by any one "accident".

   This provision will not change our total Limit of Insurance for Covered Autos Liability Coverage.

**B. Changes In Physical Damage Coverage**

Paragraph **4.c.** of the **Limits Of Insurance** provision is replaced by the following:

- **c.** We may deduct for betterment if:
  - **(1)** The deductions reflect a measurable decrease in market value attributable to the poorer condition of, or prior damage to, the vehicle.
  - **(2)** The deductions are for prior wear and tear, missing parts and rust damage that are reflective of the general overall condition of the vehicle considering its age. In this event, deductions may not exceed $500.

**C. Changes In Conditions**

The following is added to the **Other Insurance** Condition:

1. Covered Autos Liability Coverage provided by this Coverage Form for any "auto" you do not own is primary if:
   - **a.** The "auto" is owned or held for sale or lease by a new or used vehicle dealership;
   - **b.** The "auto" is operated by an "insured" with the permission of the dealership described in Paragraph **1.a.** while your "auto" is being repaired or evaluated; and
   - **c.** The Limit of Insurance for Covered Autos Liability Coverage under this Policy is at least:
     - **(1)** $100,000 for "bodily injury" to any one person caused by any one "accident";
     - **(2)** $300,000 for "bodily injury" to two or more persons caused by any one "accident"; and
     - **(3)** $50,000 for "property damage" caused by any one "accident".
2. If you are a new or used vehicle dealership, Covered Autos Liability Coverage provided by this Coverage Form for any "auto" you own or hold for sale or lease, which is operated by an "insured" with your permission while such "insured's" auto is being repaired or evaluated, is excess over any other collectible insurance if such "insured" has liability insurance providing limits of at least:
   - **a.** $100,000 for "bodily injury" to any one person caused by any one "accident";
   - **b.** $300,000 for "bodily injury" to two or more persons caused by any one "accident"; and
   - **c.** $50,000 for "property damage" caused by any one "accident".

 Copyright, Insurance Services Office, Inc., 2014

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**Cancellation**

1. The first Named Insured shown in the Declarations may cancel this Policy by mailing us advance written notice of cancellation.
2. When this Policy is in effect 61 days or more or is a renewal or continuation policy, we may cancel only for one or more of the following reasons by mailing you written notice of cancellation, stating the reasons for cancellation.
   a. Nonpayment of premium.
   b. The Policy was obtained through a material misrepresentation.
   c. Any "insured" has violated any of the terms and conditions of the Policy.
   d. The risk originally accepted has measurably increased.
   e. Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured.
   f. A determination by the Director of Insurance that the continuation of the Policy could place us in violation of the Illinois insurance laws.
3. If we cancel for nonpayment of premium, we will mail you at least 10 days' written notice.
4. If this Policy is cancelled for other than nonpayment of premium and the Policy is in effect:
   a. 60 days or less, we will mail you at least 30 days' written notice.
   b. 61 days or more, we will mail you at least 60 days' written notice.
5. If this Policy is cancelled, we will send you any premium refund due. If we cancel, the refund will be pro rata. If you cancel, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. The effective date of cancellation stated in the notice shall become the end of the policy period.
7. Our notice of cancellation will state the reason for cancellation.
8. We will mail our cancellation notice to you at your last address known to us. Proof of mailing will be sufficient proof of notice.
9. Notification of cancellation will also be sent to your broker, if known, or agent of record, if known, and to the loss payee listed on the Policy.

**B.** The following is added and supersedes any provision to the contrary:

**Nonrenewal**

If we decide not to renew or continue this Policy, we will mail you written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. Proof of mailing will be sufficient proof of notice. Notification will also be sent to your broker, if known, or agent of record, if known, and to the loss payee listed on the Policy. If we offer to renew or continue and you do not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this Policy will end on the effective date of that insurance.

 Copyright, Insurance Services Office, Inc., 2017

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

*SCHEDULE

Covered Autos Liability Coverage and Paragraph **A.** Bodily Injury And Property Damage Liability of Section **II** – General Liability Coverages in the Auto Dealers Coverage Form are subject to one of the following two deductibles shown below:

| | | |
|---|---|---|
| **Liability Deductible:** | **$** | **Per "Accident"** |
| **OR** | | |
| **"Property Damage" Only Liability Deductible:** | **$** | **Per "Accident"** |

***(Information required to complete this Schedule, if not shown above, will be shown in the Declarations or Change Endorsement as applicable to this endorsement.)**

**A. Liability Deductible**

If a Liability Deductible, and not a "Property Damage" Only Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable will be reduced by the Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**B. Property Damage Only Liability Deductible**

If a "Property Damage" Only Liability Deductible, and not a Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable for "property damage" will be reduced by the "Property Damage" Only Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**C. Our Right To Reimbursement**

To settle any claim or "suit", we will pay all or any part of any deductible shown in the Schedule. You must reimburse us for the deductible or the part of the deductible we paid.

 Copyright, Insurance Services Office, Inc., 2011

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## PRIMARY AND NONCONTRIBUTORY – OTHER INSURANCE CONDITION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following is added to the **Other Insurance** Condition in the Business Auto Coverage Form and the **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form and supersedes any provision to the contrary:

This Coverage Form's Covered Autos Liability Coverage is primary to and will not seek contribution from any other insurance available to an "insured" under your policy provided that:

**1.** Such "insured" is a Named Insured under such other insurance; and

**2.** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to such "insured".

**B.** The following is added to the **Other Insurance** Condition in the Auto Dealers Coverage Form and supersedes any provision to the contrary:

This Coverage Form's Covered Autos Liability Coverage and General Liability Coverages are primary to and will not seek contribution from any other insurance available to an "insured" under your policy provided that:

**1.** Such "insured" is a Named Insured under such other insurance; and

**2.** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to such "insured".


Copyright, Insurance Services Office, Inc., 2016

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Illinois, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SCHEDULE ***

| | |
|---|---|
| **Limit Of Insurance: $** | **Each "Accident"** |

*** (Information required to complete this endorsement, if not shown above, will be shown in the Declarations or Change Endorsement.)**

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".
2. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":
   - **a.** The Named Insured and any "family members".
   - **b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.
   - **c.** Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability under the Coverage Form.
   - **d.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".
2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":
   - **a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.
   - **b.** Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability under the Coverage Form.

 Copyright, Insurance Services Office, Inc., 2014 

c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to any of the following:

1. Any claim settled without our consent.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. "Bodily injury" sustained by:
   a. An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;
   b. Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form; or
   c. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.
4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
5. Punitive or exemplary damages.
6. "Bodily injury" arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

   We will apply the limit shown in the Declarations to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

   a. $25,000 for "bodily injury" to any one person caused by any one "accident"; and
   b. $50,000 for "bodily injury" to two or more persons caused by any one "accident".

   This provision will not change our total limit of liability.

2. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form, Medical Payments Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

   We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

   We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

**E. Changes In Conditions**

The **Conditions** are changed for Uninsured Motorists Coverage as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage:

   a. The maximum recovery under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.
   b. Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

 Copyright, Insurance Services Office, Inc., 2014 

**c.** If the coverage under this Coverage Form is provided:

**(1)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

**(2)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**2.** **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

**a.** Promptly notify the police if a hit-and-run driver is involved; and

**b.** Promptly send us copies of the legal papers if a "suit" is brought.

**3.** **Legal Action Against Us** is replaced by the following:

**Legal Action Against Us**

**a.** No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

**b.** Any legal action against us must be brought within two years after the date of the "accident". However, this Paragraph **3.b.** does not apply to an "insured" if, within two years after the date of the "accident", arbitration proceedings have commenced in accordance with the provisions of this Coverage Form.

**4.** **Transfer Of Rights Of Recovery Against Others To Us** does not apply.

**5.** The following conditions are added:

**Reimbursement And Trust**

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

**Arbitration**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages, then the disagreement will be arbitrated. If the "insured" requests, we and the "insured" will each select an arbitrator. The two arbitrators will select a third. If the arbitrators are not selected within 45 days of the "insured's" request, either party may request that arbitration be submitted to the American Arbitration Association. We will bear all the expenses of the arbitration except when the "insured's" recovery exceeds the minimum limit specified in the Illinois Safety Responsibility Law.

If this occurs, the "insured" will be responsible for payment of his or her expenses and an equal share of the expenses of the third arbitrator up to the amount by which the "insured's" recovery exceeds the statutory minimum.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives.

**c.** If arbitration is submitted to the American Arbitration Association, then the American Arbitration Association rules shall apply to all matters except medical opinions. As to medical opinions, if the amount of damages being sought:

**(1)** Is equal to or less than the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then the American Arbitration Association rules shall apply.

**(2)** Exceeds the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then rules of evidence that apply in the circuit court for placing medical opinions into evidence shall apply.

In all other arbitration proceedings, local rules of law as to arbitration procedure and evidence will apply.

**d.** If the arbitration involves three arbitrators, a decision agreed to by two of the arbitrators will be binding for the amount of damages not exceeding the lesser of either:

**(1)** $75,000 for "bodily injury" to any one person/$150,000 for "bodily injury" to two or more persons caused by any one "accident"; or

**(2)** The Limit Of Uninsured Motorists Insurance shown in the Schedule or Declarations.


Copyright, Insurance Services Office, Inc., 2014

**F.Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.
2. "Occupying" means in, upon, getting in, on, out or off.
3. "Uninsured motor vehicle" means a land motor vehicle or "trailer":
   a. For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;
   b. For which an insuring or bonding company denies coverage or is or becomes insolvent; or
   c. That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit, or cause an object to hit, an "insured", a covered "auto" or a vehicle an "insured" is "occupying". If there is no physical contact with the hit-and-run vehicle, the facts of the "accident" must be proved.

   However, "uninsured motor vehicle" does not include any vehicle:
   a. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;
   b. Owned by a governmental unit or agency; or
   c. Designed for use mainly off public roads while not on public roads.

 Copyright, Insurance Services Office, Inc., 2014 

**CA2138 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Illinois, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SCHEDULE ***

| | |
|---|---|
| **Limit Of Insurance: $** | **Each "Accident"** |

*** (Information required to complete this endorsement, if not shown above, will be shown in the Declarations or Change Endorsement.)**

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "underinsured motor vehicle".
2. We will pay only after all liability bonds or policies have been exhausted by payment of judgments or settlements, unless:
   - **a.** We have been given prompt written notice of a "tentative settlement" and decide to advance payment to the "insured" in an amount equal to that "tentative settlement" within 30 days after receipt of notification; or
   - **b.** We and an "insured" have reached a "settlement agreement".
3. Any judgment for damages arising out of a "suit" brought without written notice to us is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":
   - **a.** The Named Insured and any "family members".
   - **b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.
   - **c.** Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability Coverage under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability Coverage under the Coverage Form.

 Copyright, Insurance Services Office, Inc., 2012 

d. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability Coverage under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability Coverage under the Coverage Form.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to any of the following:

1. The direct or indirect benefit of any insurer under any workers' compensation, disability benefits or similar law.

2. "Bodily injury" sustained by:

   a. An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form;

   b. Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form; or

   c. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Underinsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

4. Punitive or exemplary damages.

5. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Underinsured Motorists Coverage shown in this endorsement.

2. Except in the event of a "settlement agreement", the Limit of Insurance for this coverage shall be reduced by all sums paid or payable:

   a. By or for anyone who is legally responsible, including all sums paid under this Coverage Form's Covered Autos Liability Coverage.

   b. Under any workers' compensation, disability benefits or similar law. However, the Limit of Insurance for this coverage shall not be reduced by any sums paid or payable under Social Security disability benefits.

   c. Under any automobile medical payments coverage.

3. In the event of a "settlement agreement", the maximum Limit of Insurance for this coverage shall be the amount by which the Limit of Insurance for this coverage exceeds the limits of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

4. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form.

**E. Changes In Conditions**

The Conditions are changed for Underinsured Motorists Coverage as follows:

 Copyright, Insurance Services Office, Inc., 2012 

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage:

   a. The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

   b. Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

   c. If the coverage under this Coverage Form is provided:

      (1) On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

      (2) On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   a. Give us written notice of a "tentative settlement" and allow us to advance payment in an amount equal to that settlement within 30 days after receipt of notification to preserve our rights against the owner or operator of the "underinsured motor vehicle".

   b. File "suit" against the owner or operator of the "underinsured motor vehicle" prior to the conclusion of a "settlement agreement". Such "suit" cannot be abandoned or settled without giving us written notice of a "tentative settlement" and allowing us 30 days to advance payment in an amount equal to that settlement to preserve our rights against the owner or operator of the "underinsured motor vehicle".

   c. Promptly send us copies of the legal papers if a "suit" is brought.

3. **Legal Action Against Us** is replaced by the following:

   **Legal Action Against Us**

   a. No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

   b. Any legal action against us under this Coverage Form must be brought within two years after the date of the "accident". However, this Paragraph **3.b.** does not apply if, within two years after the date of the "accident":

      (1) Arbitration proceedings have commenced in accordance with the provisions of this Coverage Form; or

      (2) The "insured" has filed an action for "bodily injury" against the owner or operator of an "underinsured motor vehicle", and such action is:

         (a) Filed in a court of competent jurisdiction; and

         (b) Not barred by the applicable state statute of limitations.

   In the event that the two-year time limitation identified in this condition does not apply, the applicable state statute of limitations will govern legal action against us under this Coverage Form.

4. The following is added to **Transfer Of Rights Of Recovery Against Others To Us:**

   Transfer Of Rights Of Recovery Against Others To Us does not apply to damages caused by an "accident" with an "underinsured motor vehicle" if we:

   a. Have been given written notice of a "tentative settlement" between an "insured" and the insurer of an "underinsured motor vehicle"; and

   b. Fail to advance payment to the "insured" in an amount equal to the "tentative settlement" within 30 days after receipt of the notice.

   If we advance payment to the "insured" in an amount equal to the "tentative settlement" within 30 days after receipt of notice:

 Copyright, Insurance Services Office, Inc., 2012 

a. That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

b. We will also have a right to recover the advanced payment.

However, in the event of a "settlement agreement", we shall be entitled to recover only for amounts which exceed the limit of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

5. The following conditions are added:

**Reimbursement And Trust**

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

However, in the event of a "settlement agreement", we shall be entitled to recover only for amounts which exceed the limit of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

**Arbitration**

a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Either party may make a written demand for arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.
2. "Occupying" means in, upon, getting in, on, out or off.
3. "Settlement agreement" means we and an "insured" agree that the "insured" is legally entitled to recover, from the owner or operator of the "underinsured motor vehicle", damages for "bodily injury" and, without arbitration, agree also as to the amount of damages. Such agreement is final and binding regardless of any subsequent judgment or settlement reached by the "insured" with the owner or operator of the "underinsured motor vehicle".
4. "Tentative settlement" means an offer from the owner or operator of the "underinsured motor vehicle" to compensate an "insured" for damages incurred because of "bodily injury" sustained in an accident involving an "underinsured motor vehicle".
5. "Underinsured motor vehicle" means a land motor vehicle or "trailer" for which the sum of all liability bonds or policies at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged, but that sum is either less than the Limit of Insurance of this coverage or reduced by payments to other persons resulting from the same "accident" to an amount less than the Limit of Insurance of this coverage. However, "underinsured motor vehicle" does not include any vehicle:

   a. Owned or operated by any self-insurer under any applicable motor vehicle law.

   b. Owned by a governmental unit or agency.

   c. Designed for use mainly off public roads while not on public roads.

   d. Which is an "uninsured motor vehicle".

 Copyright, Insurance Services Office, Inc., 2012 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PUBLIC OR LIVERY PASSENGER CONVEYANCE EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following exclusion is added:

**Public Or Livery Passenger Conveyance**

This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**B. Changes In Physical Damage Coverage**

The following exclusion is added:

We will not pay for "loss" to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**C. Changes In Auto Medical Payments**

If Auto Medical Payments Coverage is attached, then the following exclusion is added:

**Public Or Livery Passenger Conveyance**

This insurance does not apply to:

"Bodily injury" sustained by an "insured" "occupying" a covered "auto" while it is being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**D. Changes In Uninsured And/Or Underinsured Motorists Coverage**

1. If Uninsured and/or Underinsured Motorists Coverage is attached, and:
   a. Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.
   b. Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.
2. **Public Or Livery Passenger Conveyance**

   This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**E. Changes In Personal Injury Protection Coverage**

1. If Personal Injury Protection, no-fault or other similar coverage is attached, and:
   a. Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.
   b. Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

 Copyright, Insurance Services Office, Inc., 2016 

**2. Public Or Livery Passenger Conveyance**

This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**F. Additional Definitions**

As used in this endorsement:

1. "Occupying" means in, upon, getting in, on, out or off.
2. "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.


Copyright, Insurance Services Office, Inc., 2016

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

**(1)** Use or threat of force or violence; or

**(2)** Commission or threat of a dangerous act; or

**(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information or mechanical system; and

**b.** When one or both of the following apply:

**(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** The following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

 Copyright, Insurance Services Office, Inc., 2013 

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

**C.** In the event of any incident of "terrorism" that is not subject to this exclusion, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.


Copyright, Insurance Services Office, Inc., 2013

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION FOR COVERED AUTOS EXPOSURE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following exclusion is added to **Covered Autos Liability Coverage**:

**Silica or Silica-related Dust Exclusion For Covered Autos Exposure**

This insurance does not apply to:

1. "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust."
2. "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust."
3. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust," by any "insured" or by any other person or entity.

**B. Additional Definitions**

As used in this endorsement:

1. "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.
2. "Silica-related dust" means a mixture or combination of silica and other dust or particles.

 Copyright, Insurance Services Office, Inc., 2011

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AUTO DEALERS COVERAGE FORM – GENERAL LIABILITY COVERAGES – TOTAL POLLUTION EXCLUSION WITH A BUILDING HEATING, COOLING AND DEHUMIDIFYING EQUIPMENT EXCEPTION AND A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

Exclusion **2.f. Pollution** under Paragraph **A. Bodily Injury And Property Damage Liability** of **Section II – General Liability Coverages** is replaced by the following:

**f. Pollution**

**1)** "Bodily injury" or "property damage" which would not have occurred in whole or in part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to:

**a)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use by the building occupants or their guests at or from any premises, site or location that is or was at any time owned or occupied by, or rented or loaned to, any "insured"; or

**b)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire:

**i)** At or from any premises, site or location that is or was at any time owned or occupied by, or rented or loaned to, any "insured"; or

**ii)** At or from any premises, site or location on which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such "insured", contractor or subcontractor.

A hostile fire means one that becomes uncontrollable, or breaks out from where it was intended to be.

**2)** Any loss, cost or expense arising out of any:

**a)** Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

 Copyright, InsuranceServices Office, Inc., 2011

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SILICA OR SILICA-RELATED DUST EXCLUSION FOR GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Section II – General Liability Coverages** is changed as follows:

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **A. Bodily Injury And Property Damage Liability:**

**Silica Or Silica-related Dust Exclusion**

This insurance does not apply to:

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **B. Personal And Advertising Injury Liability:**

**Silica Or Silica-related Dust Exclusion**

This insurance does not apply to:

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

**C. Additional Definitions**

As used in this endorsement:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

 Copyright, Insurance Services Office, Inc., 2011

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

**B. Who Is An Insured**

1. You while "occupying" or, while a pedestrian, when struck by any "auto".
2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".
3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. Exclusions**

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.
2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.
3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".
4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.
5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.
6. "Bodily injury" arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.
7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.
8. "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

 Copyright, Insurance Services Office, Inc., 2012 

**D. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The **Conditions** are changed for **Auto Medical Payments Coverage** as follows:

1. The **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply.
2. The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.
2. "Occupying" means in, upon, getting in, on, out or off.

 Copyright, Insurance Services Office, Inc., 2012 

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. CANCELLATION**

1. The first Named Insured shown in the Declarations or Change Endorsement may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations or Change Endorsement is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. INSPECTIONS AND SURVEYS**

1. We have the right to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes.
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.
3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. PREMIUMS**

The first Named Insured shown in the Declarations or Change Endorsement:

1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material," if:

**1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties;

"Nuclear material" means "source material," "special nuclear material" or "by-product material."

"Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor."

 Copyright, Insurance Services Office, Inc., 2007 

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

"Nuclear facility" means:

**a)** Any "nuclear reactor";

**b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel," or **(3)** handling, processing or packaging "waste";

**c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 Copyright, Insurance Services Office, Inc., 2007 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – CIVIL UNION

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The term "spouse" is replaced by the following:

Spouse or party to a civil union recognized under Illinois law.

**B.** Under the Commercial Auto Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to the:

**1.** Individual Named Insured by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of such Named Insured's household, including a ward or foster child; or

**2.** Individual named in the Schedule, Declarations or Change Endorsement by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage - Broadened Coverage For Named Individual Endorsement is attached.

**C.** With respect to coverage for the ownership, maintenance, or use of "covered autos" provided under the Commercial Liability Umbrella Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to you by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of your household, including a ward or foster child.

 Copyright, Insurance Services Office, Inc., 2011

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – DEFENSE COSTS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART – LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART – MORTGAGEHOLDERS ERRORS AND OMISSIONS COVERAGE FORM
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

**A.** The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under:

**1.** Section **I** of the Commercial General Liability, Commercial Liability Umbrella, Employment-related Practices Liability, Farm, Liquor Liability, Owners And Contractors Protective Liability, Pollution Liability, Products/Completed Operations Liability, Product Withdrawal, Medical Professional Liability, Railroad Protective Liability, Underground Storage Tank Coverage Parts, Auto Dealers Coverage Form and the Farm Umbrella Liability Policy;

**2.** Section **II** under the Auto Dealers, Business Auto and Motor Carrier Coverage Forms;

**3.** Section **III** under the Auto Dealers and Motor Carrier Coverage Forms;

**4.** Section **A.** Coverage under the Legal Liability Coverage Form; and

**5.** Coverage **C** – Mortgageholder's Liability under the Mortgageholders Errors And Omissions Coverage Form.

Paragraph **B.** also applies to any other provision in the policy that sets forth a duty to defend.

**B.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

 Copyright, Insurance Services Office, Inc., 2013

CENTRAL INSURANCE
EXCELLENCE IS OUR POLICY.

## A SAFETY MESSAGE TO OUR COMMERCIAL AUTOMOBILE POLICYHOLDERS

The safe operation of your company owned vehicles should be an important consideration in your overall business plans and objectives. Safe, courteous drivers along with good driver selection and vehicle maintenance programs will have a positive effect on your insurance rates.

To assist you in these activities we would like to offer some safety suggestions in the following areas.

### Driver Selection

When hiring a new employee who will drive one of your vehicles the following steps should be taken in the screening process.

1. Use an employment application and check previous employers - if possible.
2. A copy of the applicants M.V.R. (Motor Vehicle Record) should be obtained, reviewed and discussed.
3. Check the drivers license to make sure that it is current and that any restrictions will not adversely affect the operation of your vehicles.
4. Complete a road test to make certain that he/she can safely handle your vehicle and there are no bad driving habits that could cause accidents.

As part of our effort to help you control losses, we require you to advise your insurance agent of all drivers whom you know will be driving insured vehicles. We also expect you to advise your agent of any driver changes that occur during the policy term.

### Driver Training

The establishment of some basic safe operating rules for all drivers will help to reduce accidents and cost:

1. Comprehensive understanding of the elements of the company's fleet safety program.
2. All occupants must wear their seat belts at all times.
3. No riders except company employees permitted.
4. Violations or accidents will not be tolerated. Should one occur, immediate reporting is expected.
5. No vehicle abuse such as fast cornering, stops and starts or poor vehicle maintenance.
6. The use of alcohol or drugs is not permitted
7. Always lock the vehicle when unattended.
8. Pull over and stop the vehicle to use your cellular phone.
9. Secure all loads.

Establishing guidelines as to who is permitted to drive company vehicles as well as when and where they can be driven will help to reduce exposure to accidents and misuse.

### Vehicle Maintenance

Proper vehicle maintenance means safer vehicles and lower operating costs because of fewer breakdowns and unscheduled visits to the repair shop. Here are a couple of suggestions:

1. Follow the manufacturer's recommended preventive maintenance schedule.
2. Involve your drivers by having them report vehicle problems or unsafe conditions so they can be taken care of before they become major problems and potential accidents.

Let's work together to reduce accidents and to control your insurance costs. If you would like assistance with your safety and loss control activities contact your insurance agent or the Central Insurance Companies Loss Control department.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## PREMIUM AUDIT ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
AUTO DEALERS COVERAGE FORM

Paragraph **B.6.** Premium Audit of Section **IV.,** Business Auto Conditions or Section **IV.** Auto Dealers Conditions is replaced by the following:

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. This balance will be due fourteen days after being billed. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

 Includes Copyrighted Material Of Insurance Services Office, With Its Permission

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITED FUNGI OR BACTERIA COVERAGE FOR AUTO DEALERS OPERATIONS - OTHER THAN COVERED AUTOS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SCHEDULE ***

| | |
|---|---|
| **Fungi And Bacteria Liability Each Incident Limit:** | **$10,000** |
| **Fungi And Bacteria Liability Aggregate Limit:** | **$25,000** |

*** (Information required to complete this endorsement, if not shown above, will be shown in the Declarations or Change Endorsement.)**

**A.** Coverage provided by this insurance for "bodily injury" or "property damage," arising out of a "fungi or bacteria incident," is subject to the Fungi and Bacteria Liability Aggregate Limit as described in Paragraph B. of this endorsement. This provision A. does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following are added to **Paragraph F. Limit Of Insurance of Section II - General Liability Coverages:**

1. Subject to the Aggregate Limit of Insurance - "Auto Dealers Operations" - Other Than Covered "Autos," the Fungi and Bacteria Liability Aggregate Limit shown in the Schedule of this endorsement, Declarations or Change Endorsement, is the most we will pay for all "bodily injury" or "property damage" arising out of one or more "fungi or bacteria incidents." This provision B.1. does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.
2. Subject to the above, the Fungi and Bacteria Liability Each Incident Limit shown in the schedule of this endorsement is the most we will pay for all "bodily injury" or "property damage" arising out of a "fungi or bacteria incident." This provision B.2. does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**C.** The following exclusion is added to **Paragraph 2., Exclusions of Section II-General Liability Coverages - Coverage B - Personal and Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**r.** Limited Fungi or Bacteria, Silica or Silica-Related Dust and Exterior Insulation and Finish Systems

**1)** "Personal and Advertising Injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust."

**2)** "Personal and Advertising Injury" arising out of a "fungi or bacteria incident."

**3)** "Personal and Advertising Injury" arising out of, caused by, or attributed to, whether in whole or in part, the following:

**a)** The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

b) "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system," or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

c) Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of "fungi" or bacteria, "silica" or "silica-related dust," or "exterior insulation and finish system" by any insured or by any other person or entity.

**D.** As used in this endorsement:

1. "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.
2. "Fungi or bacteria incident" means an incident which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO DEALERS PLUS ENDORSEMENT

This endorsement modifies insurance provided under the following:

**AUTO DEALERS COVERAGE FORM**

This endorsement amends the policy by adding the following. Please read each section carefully.

**LIABILITY COVERAGES**

Additional Insured - Automatic Status

Additional Persons Insured

Broad Form Products Coverage

Customer Complaint Legal Defense Coverage

Employee Benefits Liability Coverage

Fellow Employee Coverage

Fire, Sprinkler Leakage, or Explosion

Location General Aggregate Limit

Newly Acquired or Formed Organizations

Non-Owned Watercraft or Aircraft

Notice of Occurrence, Knowledge of Occurrence, Unintentional Omission

Prior Damage Disclosure Acts, Errors or Omissions

Reasonable Force Expansion - Property Damage

Supplementary Payments - Higher Limit

Vehicle Damage to Leased Property

Waiver of Transfer of Rights of Recovery Against Others To Us

**PHYSICAL DAMAGE COVERAGES**

Audio, Visual and Data Electronic Equipment Coverage Increased Limit

Dealers Drive-Away Collision Coverage

Employees' Tools

Economic Loss

False Pretense Coverage

Increased Limits at Other Than Scheduled Locations

Limits of Insurance - Valuation Provisions

Paintless Dent Repair

These modifications are subject to the terms and conditions applicable to coverage in the policy except as provided below.

***If the Declarations or Change Endorsement shows a Covered Auto Symbol for Covered Autos LIABILITY COVERAGE, the following changes apply:***

**A. ADDITIONAL INSURED - AUTOMATIC STATUS**

**(not applicable to Employee Benefits Liability Coverage)**

1. **SECTION I - COVERED AUTOS COVERAGES,** paragraph **D.2. Who Is An Insured, SECTION II - GENERAL LIABILITY COVERAGES,** paragraph **D. Who Is An Insured,** and **Section III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGE,** paragraph **C. Who Is An Insured** are amended to include as an "insured" any person or organization (called additional "insured") whom you are required to add as an additional "insured" on this policy under a written contract, permit or agreement that is:

   a. Currently in effect or becoming effective during the term of this policy; and

   b. Executed prior to the "bodily injury", "property damage", "personal and advertising injury" or "act, error or omission".

2. The Limits of Insurance applicable to the additional "insured" are those specified in the written contract or agreement or in the Declarations for this policy, whichever is less. These Limits of Insurance are inclusive, and not in addition to, the Limits of Insurance shown in the Declarations.

3. As respects the Additional Insured - Automatic Status coverage (not applicable to Employee Benefits Liability Coverage) provided under this endorsement, the following is added to **SECTION IV - CONDITIONS,** paragraph **B.5 Other Insurance:**

   **Other Insurance - Excess Insurance**

   This insurance is excess over any other valid and collectible insurance available to the additional "insured" whether primary, excess, contingent or on any other basis unless a contract specifically requires that this insurance be either primary or primary and non-contributing. Where required by contract, we will consider any other insurance maintained by the additional "insured" for injury or damage covered by this endorsement to be excess and non-contributing with this insurance.

**B. ADDITIONAL PERSONS INSURED**

**SECTION I - COVERED AUTOS COVERAGES,** paragraph **D.2. Who Is An Insured, SECTION II - GENERAL LIABILITY COVERAGES,** paragraph **D. Who Is An Insured,** and **SECTION III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGE,** paragraph **C. Who Is An Insured** are amended to include the following:

If you are a partnership, the spouse of a partner is an "insured" with respect to the conduct of your "auto dealer operations".

**C. SUPPLEMENTARY PAYMENTS - HIGHER LIMIT**

Item D.3.a.(4) of the **Supplementary Payments** provisions of **SECTION I - COVERED AUTO COVERAGES,** Item E.3. **of SECTION II - GENERAL LIABILITY COVERAGES,** and Item D.3. of **SECTION III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES** are replaced by the following:

3. All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $400 a day because of time off from work.

**D. FELLOW EMPLOYEE COVERAGE**

The **Fellow Employee** Exclusion contained under the **Covered Autos Liability Coverage** does not apply.

**E. EMPLOYEE BENEFITS LIABILITY COVERAGE**

The following is added to **SECTION II - GENERAL LIABILITY COVERAGES:**

1. **Insuring Agreement**

   a. We will pay those sums that the "insured" becomes legally obligated to pay as damages because of any act, error or omission of the "insured," or of any other person for whose acts the "insured" is legally liable, to which this insurance applies. We will have the right and duty to defend the "insured" against any "suit" seeking those damages. However, we will have no duty to defend the "insured" against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

1. The amount we will pay for damages is limited as described below in Employee Benefits Liability Coverage Section II.F. - Limits of Insurance - General Liability Coverages; and

2. Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to damages only if:

1. The act, error or omission is negligently committed in the "administration" of your "employee benefit program";

2. The act, error or omission is caused by an "occurrence" that takes place in the "coverage territory"; and

3. The act, error or omission occurs during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Dishonesty, Fraud Or Criminal Act**

Damages arising out of any dishonest, fraudulent, criminal or malicious act or omission, committed by any "insured," including the willful or reckless violation of any statute.

**b. Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury," "property damage" or "personal and advertising injury."

**c. Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d. Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program."

**e. Inadequacy Of Performance Of Investment/Advice Given To Participate**

Any "claim" or "suit" based upon:

1. Failure of any investment to perform;

2. Errors in providing information on past performance of investment vehicles; or

3. Advice given to any person to participate or not to participate in any plan included in the "employee benefit program."

**f. Workers Compensation And Similar Laws**

Damages arising out of any "claim" related to any workers compensation, unemployment compensation insurance, social security or disability benefits or any similar law.

**g. ERISA**

Damages for which the "insured" is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or any similar federal, state or local laws.

**h. Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the "insured," from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

1. Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law; or

2. Loss or damages arising out of the imposition of such taxes, fines or penalties.

**j. Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**SECTION II - paragraph D. Who Is An Insured**, is replaced by the following for Employee Benefits Liability Coverage:

**D. Who Is An Insured**

The following are "insureds" for Employee Benefits Liability Coverage:

**a.** Each of your "employees" who is or was authorized to administer your "employee benefit program."

**b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

**c.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

**d.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as an "insured" if there is no other similar insurance available to that organization. However:

1) Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

2) Coverage under this provision does not apply to any act, error or omission that occurred before you acquired or formed the organization.

**SECTION II - paragraph F. Limit Of Insurance - General Liability Coverages** is replaced by the following for the Employee Benefits Liability Coverage:

1. The Limit of Insurance shown below and the rules below fix the most we will pay regardless of the number of:

   **a.** "Insureds";

   **b.** "Claims" made or "suits" brought;

   **c.** Persons or organizations making "claims" or bringing "suit";

   **d.** Acts, error or omissions

   **e.** Benefits included in your "employee benefit program."

2. **$2,000,000** is the most we will pay for all damages because of acts, errors or omissions committed in the "administration" of your "employee benefit program."

3. Subject to the above limit, **$1,000,000** is the most we will pay for all damages sustained by any one "employee," including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

   **a.** An act, error or omission; or

   **b.** A series of acts, errors or omissions

   negligently committed in the "administration" of your "employee benefit program."

   However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program."

The Limits of Insurance of this coverage apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

As respects insurance provided by Employee Benefits Liability Coverage, Section II - General Liability Coverages is amended to add the following:

**G. Deductible**

**a.** Our obligation to pay damages on behalf of the "insured" applies only to the amount of damages in excess of **$1,000** . The limits of insurance shall not be reduced by the amount of this deductible.

**b.** The deductible amount applies to all damages sustained by any one "employee," including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

**c.** The terms of this insurance, including those with respect to:

**i.** Our right and duty to defend any "suits" seeking those damages; and

**ii.** Your duties, and the duties of any other involved "insured," in the event of an act, error or omission, "claim" or "suit"

apply irrespective of the application of the deductible amount.

**d.** We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**SECTION IV - CONDITIONS** , paragraph A.2. and B.5. are replaced by the following for the Employee Benefits Liability Coverage:

**A. Loss Conditions**

**2. Duties In The Event Of An Act, Error Or Omission, "Claim" Or "Suit"**

**a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim." To the extent possible, notice should include:

**1.** What the act, error or omission was and when it occurred; and

**2.** The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

**b.** If a "claim" is made or "suit" is brought against any "insured," you must:

**1.** Immediately record the specifics of the "claims" or "suit" and the date received; and

**2.** Notify us as soon as practicable.

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

**c.** You and any other involved "insured" must:

**1.** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

**2.** Authorize us to obtain records and other information;

**3.** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

**4.** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "insured" because of an act, error or omission to which this insurance may also apply.

**d.** No "insured" will, except at the "insured's" own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**B. General Conditions**

**5. Other Insurance**

If other valid and collectible insurance is available to the "insured" for a loss we cover under this endorsement, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

**b. Excess Insurance**

Any other primary insurance available to you covering acts, errors or omissions for which you have been added as an additional "insured."

When this insurance is excess, we will have no duty to defend the "insured" against any "suit" if any other insurer has a duty to defend the "insured" against that "suit." If no other insurer defends, we may undertake to do so, but we will be entitled to the "insured's" rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**1.** The total amount that all such other insurance would pay for the loss in absence of this insurance; and

**2.** The total of all deductible and self- "insured" amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance of all insurers.

**SECTION V - DEFINITIONS** is amended by adding the following definitions for Employee Benefits Liability Coverage:

**1.** "Administration" means:

**a.** Providing information to "employees," including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

**b.** Handling records in connection with the "employee benefit program"; or

**c.** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program."

However, "administration" does not include handling payroll deductions.

**2.** "Cafeteria plans" means plans authorized by the applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

**3.** "Claim" means any demand, or "suit," made by an "employee" or an "employee's" dependents and

beneficiaries, for damages as the result of an act, error or omission.

4. "Coverage territory" means the United States of America (including its territories and possessions), Puerto Rico and Canada.

5. "Employee benefit program" means a program providing some or all of the following benefits to "employees," whether provided through a "cafeteria plan" or otherwise.

   a. Group life insurance; group accident or health insurance; dental, vision and hearing plans; and flexible spending accounts; provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

   b. Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible for such benefits;

   c. Unemployment insurance, social security benefits, workers compensation and disability benefits;

   d. Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans, transportation and health club subsidies.

6. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**SECTION V - DEFINITIONS** - the definition of "employee" and "suit" is replaced for Employee Benefits Liability Coverage by the following:

"Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker." "Employee" does not include a "temporary worker."

"Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the "insured" must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the "insured" submits with our consent.

**F. BROAD FORM PRODUCTS COVERAGE**

Paragraph **A. Bodily Injury And Property Damage Liability** of **SECTION II - GENERAL LIABILITY COVERAGES** is changed as follows:

Exclusion **2.h. Defective Products** does not apply. However, subject to the General Liability Bodily Injury And Property Damage Liability Each "Accident" Limit, the coverage only applies to that amount of "property damage" to your "products" that exceeds $500 for any one "accident".

**G. NON-OWNED WATERCRAFT OR AIRCRAFT**

Exclusion **g. Aircraft, Auto Or Watercraft** in **SECTION II - GENERAL LIABILITY COVERAGES** does not apply to:

1. Watercraft you do not own that is less than 60 feet long, or
2. Aircraft you do not own, provided it is not operated by any insured.

**H. FIRE, SPRINKLER LEAKAGE, OR EXPLOSION**

1. **SECTION II - GENERAL LIABILITY COVERAGES** is amended as follows:

   a. The last paragraph of **2. Exclusions** under **A. Bodily Injury And Property Damage Liability** is replaced by the following:

   Exclusions c. through o. do not apply to damage by fire, sprinkler leakage or explosion to premises

while rented to your or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Paragraph **F. Limits of Insurance - General Liability Coverages.**

But the Limit for Damage to Premises Rented To You shown in the Declaration will apply to all damage proximately caused by the same event, whether such damage results from fire, sprinkler leakage or explosion or any combination of the three.

**b. Paragraph F. Limits of Insurance - General Liability Coverages** is amended to replace paragraph 5. with the following:

5. Subject to Paragraph 4. above, the Damage To Premises Rented To You Limit is the most we will pay under Paragraph A. Bodily Injury And Property Damage Liability for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, sprinkler leakage, or explosion, while rented to you or temporarily occupied by you with permission of the owner.

**2.** The Damage to Premises Rented To You Limit is $300,000 unless a higher limit is shown on the declaration or change endorsement.

**3.** SECTION IV - CONDITIONS is amended as follows:

The term "fire" in Paragraph B.5.(e) is replaced by "rire, sprinkler leakage, or explosion"

**4.** SECTION V - DEFINITIONS is amended as follows:

The term "fire" in Paragraph N is replaced by "fire, sprinkler leakage, or explosion"

**I. LOCATION GENERAL AGGREGATE LIMIT**

**Section II - General Liability Coverages** is amended as follows:

1. For all sums the "insured" legally must pay as damages caused by "accidents" under Paragraph **A. Bodily Injury And Property Damage Liability** and for all medical expenses caused by "accidents" under Paragraph **C. Locations And Operations Medical Payments,** which can be attributed only to "auto dealer operations" at a single "location" shown in the Schedule above:

   a. A separate Location General Liability Aggregate Limit applies to each "location", and that limit is equal to the amount of the General Liability Aggregate Limit shown in the Declarations.

   b. The Location General Liability Aggregate Limit is the most we will pay for the sum of all damages under Paragraph **A. Bodily Injury And Property Damage Liability,** except damages because of "bodily injury" and "property damage" that are both:

      (1) Sustained away from locations owned, maintained or used for your "auto dealer operations" and

      (2) Arising out of your "products" or "work you performed"

   and for medical expenses under Paragraph **C. Locations And Operations Medical Payments,** regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits".

   c. Any payments made under Paragraph **A. Bodily Injury And Property Damage Liability** for damages or under Paragraph **C. Locations And Operations Medical Payments** for medical expenses shall reduce the Location General Liability Aggregate Limit for that "location". Such payments shall not reduce the General Liability Aggregate Limit shown in the Declarations nor shall they reduce any other Location General Liability Aggregate Limit for any other "location".

   d. The limits shown in the Declarations for General Liability Bodily Injury And Property Damage Liability Each "Accident", Damage To Premises Rented To You and Locations And Operations Medical Payments continue to apply. However, instead of being subject to the General Liability Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Location General Aggregate Limit.

2. For all sums the "insured" legally must pay as damages or under Paragraph **A. Bodily Injury And Property Damage Liability** and for all medical expenses caused by "accidents" under Paragraph **C.**

**Locations And Operations Medical Payments,** which cannot be attributed only to operations at a single designated "location" shown in the Schedule above:

a. Any payments made under Paragraph **A.** for damages or under Paragraph **C.** for medical expenses shall reduce the amount available under the General Liability Aggregate Limit or the Products And Work You Performed Aggregate Limit, whichever is applicable; and

b. Such payments shall not reduce any Location General Liability Aggregate Limit.

3. When coverage for liability arising out of "bodily injury" and property damage" that are both:

a. Sustained away from locations owned, maintained or used for your "auto dealer operations" and

b. Arising out of your "products" or "work you performed"

is provided, any payments for damages because of "bodily injury" or "property damage" sustained away from locations owned, maintained or used for your "auto dealer operations" and arising out of your "products" or "work you performed" will reduce the Products And Work You Performed Aggregate Limit, and not reduce the General Liability Aggregate Limit nor the Location General Liability Aggregate Limit.

4. For the purposes of this endorsement, **Section V - Definitions** is amended by the addition of the following definition:

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

5. The provisions of Paragraph **F. Limits Of Insurance - General Liability Coverages** not otherwise modified by this endorsement shall continue to apply as stipulated.

**J. REASONABLE FORCE EXPANSION - PROPERTY DAMAGE**

**Exclusion 2.a.** of **SECTION II - GENERAL LIABILITY COVERAGES** is replaced with the following:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**K. VEHICLE DAMAGE TO LEASED PROPERTY**

The following coverage is added to **SECTION II - GENERAL LIABILITY COVERAGES:**

This endorsement insures direct physical loss by "vehicle damage" to property leased by the "insured." The property shall consist principally of buildings, fixtures, machinery, pumps and tanks and outdoor equipment, all pertaining to the maintenance, service or occupancy of the premises designated in the Declarations while at such premises.

The most we will pay for each "occurrence" of "property damage" is **$100,000.**

**Definitions -** With respect to the insurance provided by this coverage, the following definitions are added:

"Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

"Vehicle Damage" means only direct loss by actual physical contact between land vehicles and the insured property or buildings containing the insured property, but excluding loss to any vehicle including its contents.

**Deductible - $500** shall be deducted from the amount of loss in any one occurrence.

If a loss is covered under this endorsement and also covered under insurance provided elsewhere in this policy or another policy issued to you buy us or any company affiliated with us, the loss amounts will be combined for purposes of applying a deductible and only the largest of the applicable deductibles will apply.

**L. WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

In **SECTION IV - CONDITIONS,** paragraph A.5. **Transfer of Rights of Recovery Against Others To Us,** is amended by the addition of the following:

We waive the right of recovery we may have against any person or organization because of payments we make for injury or damage arising out of your ongoing operations or the ownership, maintenance or use of a covered auto. This waiver applies only to the person or organization which, before the loss, you have agreed in writing to waive your right of recovery.

**M. NOTICE OF OCCURRENCE, KNOWLEDGE OF OCCURRENCE, UNINTENTIONAL OMISSION**

The following is added to paragraph **A.2. Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in **SECTION IV - CONDITIONS:**

**d.** Notice of Accident/Occurrence

When you report to your Workers Compensation carrier the occurrence of any accident which later develops into a liability claim covered under this policy, failure to report the accident to us at the time of occurrence is not in violation of the Conditions of this policy. However, as soon as you are definitely made aware of the fact that the particular accident is a liability claim rather than a Workers Compensation claim prompt notification must be given to us.

**e.** Unintentional Errors and Omissions

The insurance afforded by this policy is not invalidated by any unintentional errors, omissions or improper description of premises or your unintentional failure to disclose all hazards existing at inception date of the policy.

**f.** Knowledge of Accident/Occurrence

Knowledge of an accident/occurrence by your agent, servant or employee is not knowledge by you unless an executive officer of your Corporation received such notice from its agent, servant or employee.

**N. PRIOR DAMAGE DISCLOSURE ACTS, ERRORS OR OMMISSIONS**

**SECTION V - DEFINTIONS** is amended to replace the definition of "act, error or omissions" with the following:

**B.** "Act, error or omission" means any actual or alleged negligent "act, error or omission" committed by an "insured" in the course of your "auto dealer operations" arising:

1. Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of credit or lease terms to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations", including, but not limited to, the Truth In Lending and Consumer Leasing Acts;
2. Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of accurate odometer mileage to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations";
3. In an "insured's" capacity as an insurance agent or broker in the offering, placement or maintenance of any "auto" physical damage, auto loan/lease gap, credit life or credit disability insurance sold in connection with the sale or lease of an "auto" in your "auto dealer operations", but only if the "insured" holds a valid insurance agent or broker license at the time the "act, error or omission" is committed, in the jurisdiction in which your "auto dealer operations" is located, if required to do so by such jurisdiction;
4. Out of a defect in title in connection with the sale or lease of an "auto" in your "auto dealer operations"; and
5. Out of the "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of prior damage in connection with the sale or lease of an "auto" in your "auto dealer operations".

**O. NEWLY ACQUIRED OR FORMED ORGANIZATIONS**

The **Who Is An Insured** provisions in **SECTION II - GENERAL LIABILITY COVERAGES** and **SECTION III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES** are amended as follows:

The 90 day limitation for any "auto" dealership that is acquired or formed by you is changed to 180 days.

**P. Customer Complaint Legal Defense Coverage**

The following coverage is added to SECTION II – GENERAL LIABILITY COVERAGES:

**1. Coverage**

a. We will pay for "defense expenses" incurred to defend an "insured" against a "customer complaint" to which this insurance applies. We will have the duty to defend any "insured" against a "customer complaint". However, we will have no duty to defend an "insured" against any "customer complaint" to which this insurance does not apply. We may investigate and, with your written consent, settle any "customer complaint" as we consider appropriate. However:

1. The amount we will pay for "defense expenses" is limited as described in Paragraph 3. Limit of Insurance; and
2. Coverage for "defense expenses" ends when the applicable Limit of Insurance shown in the Schedule has been exhausted.

b. No other obligation to pay sums such as:

i. Prejudgment or post-judgment interest;

ii. Punitive damages;

iii. Civil or criminal fines; or

iv. Penalties imposed by law

imposed on the "insured" is covered unless explicitly provided for in the definition of "defense expenses" contained in Paragraph 6. b. 2. of this endorsement.

c. This insurance applies only if the "customer complaint" is made within the coverage territory and during the policy period in accordance with Paragraph 1.d.

d. A "customer complaint" will be deemed to have been made when notice of such "customer complaint" is received and recorded by any "insured" or by us, whichever comes first. A "customer complaint" received and recorded by the "insured" within 30 days after the end of the policy period will be considered to have been made within the policy period, if no subsequent insurance is available to cover "defense expenses" associated with such "customer complaint".

e. All "customer complaints" arising out of the sale, service or repair of the same "auto" will be deemed to have been made at the time the first of those "customer complaints" is made against any "insured".

**2. Exclusions**

a. This insurance does not apply to "defense expenses" incurred as a result of "customer complaints" arising out of:

1. Accidents, Personal And Advertising Injury, Acts, Errors or Omissions And Loss

   a. An "accident";

   b. "Personal and advertising injury"'

   c. "Acts, errors or omissions"; or

   d. "Loss" to an "auto" while the "insured" is attending, servicing, repairing, parking or storing it in your "auto dealer operations".

2. Criminal, Fraudulent, Malicious, Dishonest Or Intentional Acts

   Any criminal, fraudulent, malicious, dishonest or intentional act, error or omission by an "insured", including the willful or reckless violation of any law or regulation. However, this exclusion does not apply to any "insured" who did not:

   a. Personally commit;

b. Personally participate in;

c. Personally acquiesce to; or

d. Remain passive after having knowledge of;

any such act, error, or omission.

3. Product Recall

The loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

4. Mechanical Breakdown Or Warranty Agreements

Any obligation under a warranty or mechanical breakdown agreement.

b. This insurance does not apply to the payment of judgments or settlements.

**3. Who Is An Insured**

The following are "insured's" for Customer Complaint Legal Defense Coverage:

a. You.

b. Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

c. Your members, if you are a limited liability company, but only with respect to the conduct of your "auto operations". Your managers are also "insured's", but only with respect to their duties as your managers.

d. Your executive officers and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insured's", but only with respect to their liability as stockholders.

e. Your "employees", other than either your executive officers (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

f. Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

i. Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

ii Coverage does not apply to "customer complaints" that were first made before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**4. Limit Of Insurance**

a. Regardless of the number of:

1. "Insureds";

2. "Customer complaints"; or

3. Persons or organizations bringing "customer complaints";

the Customer Complaint Legal Defense Aggregate Limit is $50,000. This is the most we will pay for all "defense expenses" because of "customer complaints" covered under this endorsement.

b. Subject to the Customer Complaint Legal Defense Aggregate Limit described in Paragraph 4.a.,$25,000 is the most we will pay for the sum of all "defense expenses" because of any one "customer complaint".

c. All "customer complaints" arising out of the sale, service or repair of the same "auto" will be considered one "customer complaint" for the purposes of determining the "Per Customer Complaint" Legal Defense Limit.

d. The Customer Complaint Legal Defense Aggregate Limit applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Customer Complaint Legal Defense Aggregate Limit.

**5. Changes In Conditions**

For the purposes of the coverage provided by this endorsement, Section IV – Conditions is amended as follows:

a. The Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions Condition is replaced by the following:

Duties In The Event Of Customer Complaint

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

1. In the event of a “customer complaint”, you must:

   a. Immediately record the specifics of the “customer complaint” and the date received; and

   b. Notify us, in writing, as soon as practicable.

2. Additionally, you and any other involved “insured” must:

   a. Assume no obligation, make no payment or incur no expense without our consent, except at the “insured’s” own cost.

   b. Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the "customer complaint";

   c. Cooperate with us in the investigation or settlement of the "customer complaint" or defense against the "customer complaint".

   d. Authorize us to obtain records and other pertinent information.

b. The Other Insurance Condition is replaced by the following:

Other Insurance

This Insurance is excess over any other collectible insurance providing “defense expenses” for “customer complaints”.

c. The Policy Period, Coverage Territory Condition is replaced by the following:

Policy Period, Coverage Territory

The coverage territory is:

1. The United States of America;

2. The territories and possessions of the United States of America

3. Puerto Rico; and

4. Canada

d. The following condition is added:

Transfer Of Duties When The Limit Of Insurance Is Exhausted

1. If we defend the "insured" against a "customer complaint" and we conclude that, based on "customer complaints" which have been reported to us and to which this insurance may apply, the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit is likely to be exhausted by the payment of "defense expenses", we will notify the first Named Insured, in writing, to that effect.

2. When the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit has actually been exhausted in the payment of "defense expenses", we will:

   a. Notify the first Named Insured in writing, as soon as practicable, that the applicable Limit of Insurance has actually been exhausted, and that our duty to defend the "insured" against any "customer complaint" has ended;

   b. Initiate, and cooperate in, the transfer of control to any appropriate "insured", of all "customer complaints" for which the duty to defend has ended for the reason described in Paragraph 5.d.2. and which are reported to us before that duty to defend ended; and

   c. Take such steps, as we deem appropriate, to continue the defense of such "customer complaints" until such transfer is completed, provided the appropriate "insured" is cooperating in completing such transfer.

3. When the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit has actually been exhausted by the payment of "defense expenses", the first Named Insured, and any other "insured" involved in a "customer complaint" subject to these limits, must:

   a. Cooperate in the transfer of control of "customer complaints"; and

   b. Arrange for the defense of such "customer complaint" within such time period as agreed to between the appropriate "insured" and us. Absent any such agreement, arrangements for the defense of such "customer complaint" must be made as soon as practicable.

4. The first Named Insured will reimburse us as soon as practicable for expenses we incur in taking those steps we deem appropriate in accordance with Paragraph 5.d.2. The duty of the first Named Insured to reimburse us will begin on:

   a. The date on which the Limit of Insurance is used up, if we sent notice in accordance with Paragraph 5.d.1.; or

   b. The date on which we sent notice in accordance with Paragraph 5.d.2., if we did not send notice in accordance with Paragraph 5.d.1.

5. The exhaustion of the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit by the payment of "defense expenses" and the resulting end of our duty to defend will not be affected by our failure to comply with any of the provisions of this condition.

**6. Definitions**

For the purposes of the coverage provided by this endorsement:

a. The definition of "suit" contained in Section V – Definitions is replaced by the following:

   "Suit" means a civil proceeding in which damages because of a "customer complaint" to which this insurance applies are claimed.

   "Suit" includes:

   1. An arbitration proceeding in which such damages are claimed and to which the "insured" must submit or does submit with our consent;

   2. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the "insured" submits with our consent.

b. The following definitions are added:

1. "Customer complaint" means a claim or "suit" made by or on behalf of your customer for damages as the result of the sale, service or repair of an "auto" in your "auto dealers operations".
2. "Defense expenses" means payments allocated to a specific "customer complaint" we investigate or defend, including:
   a. All expenses we incur.
   b. All reasonable expenses incurred by the "insured" at our request to assist us in the investigation or defense of the "customer complaint", including actual loss of earnings up to $250 a day because of time off from work.
   c. All court costs taxed against the "insured" in any "customer complaint" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

***If the Declarations or Change Endorsement shows a Covered Auto Symbol for PHYSICAL DAMAGE COMPREHENSIVE COVERAGE, the following changes apply:***

**A. DEALERS DRIVE-AWAY COLLISION COVERAGE**

Paragraph **F. Physical Damage Coverage** of **SECTION I COVERED AUTOS COVERAGES** is changed as follows:

Exclusion **3.d.(3)** does not apply.

**B. EMPLOYEES' TOOLS**

The following is added to **SECTION I - COVERED AUTO COVERAGES, F. PHYSICAL DAMAGE COVERAGE:**

**Coverage**

We will pay for direct physical "loss" caused by a covered cause of "loss" to tools and equipment owned by your employees.

**Coverage Limitations**

We only cover tools and equipment owned by your "employees" while:

1. at a premises that you own or operate; or
2. used in connection with your "auto dealer operations."

**Covered Cause of Loss**

We cover risks of direct physical "loss" unless the "loss" is limited or caused by a peril that is excluded.

**Exclusions**

1. We do not pay for "loss" caused directly or indirectly by one or more of the following excluded causes or events. Such "loss" is excluded regardless of other causes or events that contribute to or aggravate the "loss," whether such causes or events act to produce the "loss" before, at the same time as, or after the excluded causes or events.
   a. Civil Authority - We do not pay for "loss" caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property. We do cover loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.
   b. Nuclear Hazard -- We do not pay for "loss" caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). "Loss" caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct "loss" by fire resulting from the nuclear hazard is covered.
   c. War and Military Action - We do not pay for "loss" caused by:

1. war, including undeclared war or civil war; or
2. a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or
3. insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

With regard to any action that comes within the terms of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

2. We do not pay for "loss" that is caused by or results from one or more of the following:

a. Contamination or Deterioration - We do not pay for "loss" caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself.

b. Criminal, Fraudulent, Dishonest or Illegal Acts - We do not pay for "loss" caused by or resulting from criminal, fraudulent, dishonest, or illegal acts committed alone or in collusion with another by:

1. you;
2. others who have an interest in the property;
3. others to whom you entrust the property;
4. your partners, officers, directors, trustees, joint ventures, or your members or managers if you are a limited liability company; or
5. the employees or agents of 1., 2., 3., or 4. above, whether or not they are at work.

This exclusion does not apply to acts of destruction by your employees if not the owner of the damaged property, but we do not pay for theft by employees.

c. Loss of Use - We do not pay for "loss" caused by or resulting from loss of use, delay, or loss of market.

d. Mechanical Breakdown - We do not pay for "loss" caused by any mechanical, structural, or electrical breakdown or malfunction including a breakdown or malfunction resulting from a structural, mechanical, or reconditioning process.

e. Missing Property - We do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property.

f. Pollutants - We do not pay for "loss" caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants."

g. Temperature/Humidity - We do not pay for "loss" caused by dryness, dampness, humidity, or changes in or extremes of temperature.

h. Voluntary Parting - We do not pay for "loss" caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

i. Wear and Tear - We do not pay for "loss" caused by wear and tear, marring, or scratching.

j. Theft From an Unattended Vehicle - We do not pay for "loss" caused by theft from an unattended vehicle except when it is securely locked and its windows are fully closed. We do cover "loss" caused by theft only when there is visible evidence that entry into the vehicle is forced.

**Valuation**

The value of covered property will be based on the actual cash value at the time of the "loss" (with a deduction for depreciation).

**Deductible**

We pay only that part of a "loss" that exceeds **$250** in any one occurrence.

**Limit**

1. The most we will pay for "loss" to any one employee tool is **$1,000** .
2. Subject to a., the most we will pay for "loss" to all tools is any one occurrence is **$2,500.**

**C. FALSE PRETENSE COVERAGE**

Paragraph **F. Physical Damage Coverage** of **SECTION I - COVERED AUTOS COVERAGES** is changed as follows:

1. The following is added:
   a. Any "auto" you have acquired is a covered "auto" under False Pretense Coverage.
   b. We will pay for "loss" to a covered "auto" under False Pretense Coverage caused by:
      (1) Someone causing you to voluntarily part with the covered "auto" by trick or scheme or under false pretenses.
      (2) Your acquiring an "auto" from a seller who did not have legal title.
2. Paragraph **F.3.** Exclusions is changed as follows:
   a. The **False Pretense** Exclusion does not apply.
   b. The following exclusions are added:
      (1) The insurance under Paragraph 1.b.(1) of this endorsement does not apply unless:
         (a) You had legal title to, or consignment papers for, the covered "auto" prior to "loss" and
         (b) You make every effort to recover the covered "auto" when it is located.
      (2) False Pretense Coverage does not apply to a loss which, for any reason, a bank or any other drawee fails to pay.
3. Paragraph **F.4.** Limits of Insurance is change by adding the following:

   Under False Pretense Coverage, the most we will pay for all "loss" caused by any one person within any one year of the policy period is **$150,000.**
4. Paragraph **F.5.** Deductible is changed by adding the following:

   From our obligation under False Pretense Coverage, we will deduct the actual value of any property delivered to you in full or partial payment for title to or possession of a covered "auto".
5. The following is added to the Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions Condition:

   You, or someone on your behalf, must take all reasonable steps to cause a warrant to be issued, as soon as practicable, for the arrest of anyone causing a "loss" defined within the False Pretense Coverage. Failure to cause such warrant to be issued as required by this condition shall not invalidate any claim made by you, if it is shown that reasonable efforts were made.

**D. INCREASED LIMITS AT OTHER THAN SCHEDULED LOCATIONS**

Under Item Six of the Declarations, Our Limit of Insurance For Loss At Locations Other Than Those Stated In Item Three is:

$500,000 for Additional Locations Where You Store Covered Autos

$100,000 in Transit

**E. AUDIO, VISUAL AND DATA ELECTRONIC EQUIPMENT COVERAGE INCREASED LIMIT**

Paragraph **F. Physical Damage Coverage** of **SECTION I - COVERED AUTOS COVERAGES** is changed as follows:

The sublimit in Paragraph **4.a.(2)** of the **Limits Of Insurance** provision is increased to $2,500.

**F. ECONOMIC LOSS**

The following is added to Section I - COVERED AUTO COVERAGES, F. Physical Damage Coverage:

3. Exclusions e. is removed and replaced with:

   We will not pay for "loss" to a covered "auto" due to "diminution in value" unless a covered "auto" meets all of the following conditions:

   1. It is of the private passenger type or truck of 10,000 pounds gross vehicle weight or less;
   2. It is covered under blanket collision coverage;
   3. the cost to repair the vehicle exceeds 10% of the actual dealer cost;
   4. its odometer reading is 6,000 miles or less at the time of loss;
   5. it is categorized as either a new vehicle or demonstrator;
   6. is has not been previously registered or titled; and
   7. is not able to be repaired by way of paintless dent repair.

The most we will pay for any such loss will be the lessor of 10% of the actual cash value of the "auto" or $2,500.

**G. LIMITS OF INSURANCE – VALUATION PROVISION**

The following is removed from Section I - COVERED AUTO COVERAGES, F. Physical Damage Coverage:

4. Limits of Insurance, d. (3) Non-reporting Premium Basis is removed and replaced with:

   If when "loss" occurs, the total value of your covered "autos" exceeds the Limit of Insurance shown in the Declarations or Change endorsement, we will pay no more than that limit.

**H. PAINTLESS DENT REPAIR**

The following is added to Section IV – CONDITIONS, A. Loss Conditions:

Item 4. a. Loss Payment – Physical Damage Coverages is removed and replaced with:

Pay for, repair or replace damaged or stolen property. If paintless dent repair is used to repair 100% of the damage, the each covered "auto" deductible for Comprehensive or Specified Causes of Loss Coverage is reduced by $250.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BLANKET PHYSICAL DAMAGE COMPREHENSIVE COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

Item **F.4.d.(1)** of the **Limits of Insurance** provision in **SECTION I - COVERED AUTOS COVERAGES** is replaced with the following:

**(1)** Regardless of the number of covered "autos" involved in the "loss," the most we will pay for all "loss" at any one location is the Blanket Limit of Insurance. For purposes of this endorsement, the Blanket Limit of Insurance is the sum of the Limits of Insurance Blanket Physical Damage Coverage shown in the Declarations or Change Endorsement.

Regardless of the number of covered "autos" involved in the "loss," the most we will pay for all "loss" in transit is the amount shown in the Declarations or Change Endorsement for "loss" in transit.

CENTRAL
INSURANCE
EXCELLENCE IS OUR POLICY

# NOTICE TO POLICYHOLDERS REGARDING NUCLEAR, BIOLOGICAL, CHEMICAL, OR RADIOLOGICAL EXCLUSION

Coverage for some acts of terrorism is included in your policy. An act of terrorism could involve Nuclear (including radiation or radioactive contamination) or pathogenic or poisonous Biological or Chemical materials. An example of this would be the release of anthrax spores.

Your previous policy included a Nuclear exclusion (a mandatory form attached to all policies) and Pollution exclusions (mandatory coverage language) to exclude terrorism loss that was caused by nuclear, chemical or radiological means. There may have been a question of whether a biological event would be considered a pollutant and therefore excluded by the pollution exclusion.

Due to our reinsurance contracts containing an NBCR (Nuclear, Biological, Chemical, or Radiological) exclusion, your renewal policy now contains an NBCR exclusion, which makes it clear we will not cover any acts involving nuclear, biological, chemical or radiological terrorism.

Although we have chosen to exclude NBCR, we are still providing you with terrorism coverage for other acts.

Provisions Applicable To

# CENTRAL MUTUAL INSURANCE COMPANY

## MUTUAL POLICY CONDITIONS

This policy is issued by a Mutual Company. We have special regulations that apply by law to our organization, membership, policies and contracts. The following forms a part of your policy:

This policy is nonassessable. You are not subject to any contingent liability nor liable for any assessment.

The Board of Directors, at their discretion, may determine and pay you any unused premiums (dividends).

## NOTICE OF ANNUAL MEETING

You are hereby notified that by virtue of this policy, you are a member of the Central Mutual Insurance Company and are entitled to vote either in person or by proxy at any and all meetings of our Company. The annual meetings are held at our home office, Van Wert, Ohio, on the second Wednesday of May in each year at two o'clock P.M.

## PROVISIONS APPLICABLE TO CENTRAL MUTUAL AND ALL AMERICA INSURANCE COMPANIES

**IN WITNESS WHEREOF,** we have executed and attested this policy. If required by state law, this policy is not valid unless it is countersigned by our authorized representative.

President

Cynthia M. Hudson

Secretary

20-1956 11 94

CENTRAL INSURANCE

EXCELLENCE IS OUR POLICY.

# IMPORTANT INFORMATION ABOUT YOUR POLICY RENEWAL

Thank you -- for allowing us to renew your policy. We appreciate your business.

Please keep your existing policy forms. Be sure to review the enclosed renewal information carefully. To help control expenses, the only forms attached to this renewal are those forms which have been added or revised.

If you have any questions about your policy, or this renewal, please don't hesitate to check with your agent.

CENTRAL INSURANCE

EXCELLENCE IS OUR POLICY.

# AVAILABLE PAY PLANS

The company offers.

1. **EFT Plans (Electronic Funds Transfer): ** No service fees apply to any of the EFT plans. ****
   a. Annual EFT – the premium is paid in one installment withdrawn on the effective date of the policy.
   b. Semi-Annual EFT – the premium is paid in two installments, withdrawn six months apart.
   c. Quarterly EFT – the premium is paid in four installments, withdrawn three months apart.
   d. Monthly EFT – the premium is paid in twelve monthly withdrawals.
2. **NON-EFT Plans:**
   a. Annual – the premium is paid in one installment due on the effective date of the policy. No service fees apply.
   b. Semi-Annual – the premium is paid in two installments due six months apart. Service fees apply.
   c. Quarterly – the premium is paid in four installments due three months apart. Service fees apply.
   d. Monthly – the premium is paid in twelve monthly installments. Service fees apply.

We offer account billing on each of the above plans which allows for multiple policies to be billed together on a single account. We require separate billing accounts for personal and commercial lines policies.

Please note, the above plans may not apply to all types of policies.

CENTRAL
INSURANCE
EXCELLENCE IS OUR POLICY.

# ILLINOIS NOTICE TO POLICYHOLDERS REGARDING THE RELIGIOUS FREEDOM PROTECTION AND CIVIL UNION ACT

Dear Policyholder:

This is to provide notice that, pursuant to Illinois Department of Insurance Company Bulletin 2011-06 (CB 2011-06), this policy is in compliance with the Illinois Religious Freedom Protection and Civil Union Act ("the Act," 750 ILL. COMP. STAT. 75/1). The Act, which became effective on June 1, 2011, creates a legal relationship between two persons of either the same or opposite sex who establish a civil union.

The Act provides that parties to a civil union are entitled to the same legal obligations, responsibilities, protections and benefits that are afforded or recognized by the law of Illinois to spouses, whether they are derived from statute, administrative rule, policy, common law or any source of civil or criminal law. In addition, this law requires recognition of a same-sex civil union, marriage, or other substantially similar legal relationship, except for common law marriage, legally entered into in other jurisdictions. The Act further provides that "party to a civil union" shall be included in any definition or use of the terms "spouse," "family," "immediate family," "dependent," "next of kin" and other terms descriptive of spousal relationships as those terms are used throughout the law. According to CB 2011-06, this includes the terms "marriage" or "married" or any variations thereof. CB 2011-06 also states that if policies of insurance provide coverage for children, the children of civil unions must also be provided coverage.

CENTRAL INSURANCE COMPANIES

*Fulfilling the Promise Since 1876*

January 20, 2020

0 SHEP 8656828 11 IL
SHEPHERD INSURANCE LLC
TRUCK DEALERS PROGRAM
111 CONGRESSIONAL BLVD STE 100
CARMEL, IN 46032-0000

AAA TRUCK SALES LLC
AAA EQUIPMENT INC
17201 STATE ST
SOUTH HOLLAND, IL 60473-2823

Thank you for your business! Enclosed you will find information regarding your policy. If you have questions regarding the information provided, please contact your agent at (317)846-5554 .

We encourage you to sign up for our *myCentral* policyholder website and take advantage of convenient, easy-to-use account management options for your Central Insurance policy. Make payments, access policy information, check account balances, view auto ID cards, report a claim, and much more! Click on the "Create Account" link in the *myCentral* log in box on central-insurance.com and provide the following information to establish online access:

| | |
|---|---|
| Policy Number | 8656828 |
| Policy Effective Date | 12/31/2019 |
| City | SOUTH HOLLAND |
| State | IL |
| Zip Code | 60473 |

myCentral®

If you have **Billing and Payment** questions, call 800-786-9052 or e-mail us at billing@central-insurance.com.

To **Report a Claim**, call 888-263-2924.

Central Insurance Companies embraces a culture based on our core values of Integrity, Relationships and Excellence. These values define who we are and what we do, as individuals and as a company. We take pride in partnering with agents who support these same values.

We appreciate the opportunity to provide your insurance needs.

Trusted Choice®

CENTRAL INSURANCE COMPANIES
*Fulfilling the Promise Since 1876*

CENTRAL MUTUAL INSURANCE COMPANY
800 S. WASHINGTON ST
VAN WERT, OHIO 45891-2357
www.central-insurance.com

# CHANGE ENDORSEMENT #001

**THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBERED BELOW**
**ENDORSEMENT EFFECTIVE DATE 12/31/2019**

**POLICY NUMBER** GP 8656828 11

**NAMED INSURED AND MAILING ADDRESS**
AAA TRUCK SALES LLC
AAA EQUIPMENT INC
AAA HOLDING GROUP LLC
17201 STATE ST
SOUTH HOLLAND, IL 60473-2823

**AGENT** TY03
SHEPHERD INSURANCE LLC
TRUCK DEALERS PROGRAM
111 CONGRESSIONAL BLVD STE 100
CARMEL, IN 46032-0000
(317)846-5554
http://www.shepherdins.com

**POLICY PERIOD** FROM 12/31/2019 TO 12/31/2020
AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

## POLICY CHANGE

REFER TO THE ATTACHED REVISED SCHEDULE

THE NAMED INSURED IS AMENDED TO READ:
AAA TRUCK SALES LLC
AAA EQUIPMENT INC
AAA HOLDING GROUP LLC

THE NUMBER OF PERSONS AT LOCATION 1 ARE AMENDED AS FOLLOWS:
CLASS I - EMPLOYEES REGULAR OPERATORS FROM 10.00 TO 11.00.

THE PREMIUMS FOR THE AUTO DEALERS PLUS COVERAGE ARE ADJUSTED TO REFLECT CURRENT RATES.

THE FOREGOING AMENDMENT RESULTS IN AN ADDITIONAL PREMIUM OF [redacted]

PRESIDENT    SECRETARY    January 20, 2020
DATE

# AUTO DEALERS DECLARATIONS

**ENDORSEMENT EFFECTIVE DATE 12/31/2019**

**NAMED INSURED**
AAA TRUCK SALES LLC

**POLICY NUMBER**
GP 8656828 11

**FORMS AND ENDORSEMENTS APPLICABLE TO POLICY GP 8656828 11 ON 12/31/2019**

| FORM NBR | EDITION | FORM TITLE |
|---|---|---|
| CA0025 | 1013 | AUTO DEALERS COVERAGE FORM |
| CA0104 | 0115 | IL-CHANGES AUTO DEALERS COVERAGE FORM |
| CA0270 | 0118 | IL-CHANGES-CANCELLATION & NONRENEWAL |
| CA0302 | 1013 | DEDUCTIBLE LIABILITY COVERAGE |
| CA0449 | 1116 | PRIMARY AND NONCONTRIBUTORY - OTHER INSURANCE CONDITION |
| CA2130 | 0115 | IL-UNINSURED MOTORISTS COVERAGE |
| CA2138 | 1013 | IL-UNDERINSURED MOTORISTS COVERAGE |
| CA2344 | 1116 | PUBLIC OR LIVERY PASSENGER CONVEYANCE EXCLUSION |
| CA2385 | 1013 | EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEM TERR |
| CA2394 | 1013 | SILICA OR SILICA-RELATED DUST EXCLUSION FOR COVERED AUTOS EXPOSUR |
| CA2536 | 1013 | AUTO DEALERS COVERAGE FORM-GENERAL LIABILITY COV TOTAL POLLUTION |
| CA2539 | 1013 | SILICA OR SILICA-RELATED DUST EXCL FOR OTHER THAN COVERED AUTOS |
| CA9903 | 1013 | AUTO MEDICAL PAYMENTS COVERAGE |
| IL0017 | 1198 | COMMON POLICY CONDITIONS |
| IL0021 | 0908 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL0147 | 0911 | IL-CHANGES - CIVIL UNION |
| IL0162 | 1013 | IL-CHANGES - DEFENSE COSTS |
| 3-2300 | 0500 | IL-INSURANCE CARD |
| 3-2528 | 0117 | A SAFETY MESSAGE TO OUR COMMERCIAL AUTOMOBILE POLICYHOLDERS |
| 3-2637 | 0517 | PREMIUM AUDIT ENDORSEMENT |
| 3-2751 | 0715 | LIMITED FUNGI OR BACTERIA COVERAGE FOR AUTO DEALERS OPERATIONS |
| 3-2807 | 0315 | AUTO DEALERS PLUS ENDORSEMENT |
| 3-2903 | 1013 | BLANKET PHYSICAL DAMAGE COMPREHENSIVE COVERAGE |
| 3-3087 | 1016 | NOTICE TO POLICYHOLDERS - NBCR EXCLUSION |
| 20-1768 | 0891 | MUTUAL POLICY CONDITIONS-APPLICABLE TO CENTRAL MUTUAL |
| 20-1769 | 0891 | PROVISIONS APPLICABLE TO CENTRAL MUTUAL & ALL AMERICA INS CO |
| 20-1956 | 1194 | IMPORTANT INFORMATION ABOUT YOUR POLICY RENEWAL |
| 20-2143 | 0614 | AVAILABLE PAY PLANS |
| 20-2320 | 0112 | IL-POLICYHOLDER NOTICE FOR CIVIL UNIONS |

* DENOTES FORMS ATTACHED WITH THIS TRANSACTION

# AUTO DEALERS DECLARATIONS (continued)

**ENDORSEMENT EFFECTIVE DATE 12/31/2019**

**NAMED INSURED**
AAA TRUCK SALES LLC

**POLICY NUMBER**
GP 8656828 11

## ITEM THREE - SCHEDULE OF LOCATIONS AND COVERAGES

| LOCATION | ADDRESS | TERRITORY | PREMIUM |
|---|---|---|---|
| 1 | 17201 STATE ST<br>SOUTH HOLLAND IL 60473 | 137 | |

**LIABILITY COVERAGE:**

| CLASSES OF OPERATORS | NUMBER OF PERSONS | RATING UNITS |
|---|---|---|
| CLASS I - EMPLOYEES REGULAR OPERATORS | 11.00 | 5.72 |
| CLASS I - EMPLOYEES ALL OTHERS | .00 | .00 |
| CLASS II - NON-EMPLOYEES UNDER AGE 25 | .00 | .00 |
| CLASS II - NON-EMPLOYEES AGE 25 AND OVER | .00 | .00 |
| TOTAL RATING UNITS | | 5.72 |

LIABILITY PREMIUM
"PROPERTY DAMAGE" ONLY LIABILITY DEDUCTIBLE PER ACCIDENT: $5,000
LOCATION AND OPERATION MEDICAL PAYMENTS PREMIUM
AUTO MEDICAL PAYMENTS PREMIUM
ACTS ERRORS OR OMISSIONS LIABILITY PREMIUM

**PHYSICAL DAMAGE COVERAGE:**

[redacted]

| COVERAGES | LIMIT OF INSURANCE AND DEDUCTIBLE |
|---|---|
| COMPREHENSIVE | $5,000,000<br>$10,000 DEDUCTIBLE PER AUTO FOR ALL PERILS UNLESS OTHERWISE SPECIFIED<br>$50,000 MAXIMUM PER LOSS |
| COLLISION (ALL LOCATIONS) | $5,500,000<br>$5,000 DEDUCTIBLE PER AUTO |

**BLANKET ANNUAL COLLISION RATES**

| FIRST $50,000 | $50,000 TO $100,000 | OVER $100,000 | ADJUSTMENT FACTOR |
|---|---|---|---|
| 0.450 | 0.165 | 0.068 | 0.800 |

| STATE | NUMBER OF DEALER PLATES |
|---|---|
| IL -UNINSURED MOTORIST | 5 |
| IL -UNDERINSURED MOTORIST | 5 |

[redacted]

# AUTO DEALERS DECLARATIONS (continued)

**NAMED INSURED**
AAA TRUCK SALES LLC

**POLICY NUMBER**
GP 8656828 11

## ITEM FOUR - LIABILITY COVERAGE DEFINITIONS

**CLASS I - EMPLOYEES**

REGULAR OPERATOR - PROPRIETORS, PARTNERS, AND OFFICERS ACTIVE IN THE "AUTO DEALERS OPERATION", SALESPERSONS, GENERAL MANAGERS, SERVICE MANAGERS, ANY "EMPLOYEE" WHOSE PRINCIPAL DUTY INVOLVES THE OPERATION OF COVERED "AUTOS" OR WHO IS FURNISHED A COVERED "AUTO".

ALL OTHERS - ALL OTHER "EMPLOYEES".

NOTE:

1) PART-TIME "EMPLOYEES" WORKING AN AVERAGE OF 20 HOURS OR MORE A WEEK FOR THE NUMBER OF WEEKS WORKED ARE TO BE COUNTED AS 1 RATING UNIT EACH.
2) PART-TIME "EMPLOYEES" WORKING AN AVERAGE OF LESS THAN 20 HOURS A WEEK FOR THE NUMBER OF WEEKS WORKED ARE TO BE COUNTED AS 1/2 RATING UNIT EACH.

**CLASS II - NON-EMPLOYEES**

ANY OF THE FOLLOWING PERSONS WHO ARE REGULARY FURNISHED WITH A COVERED "AUTO": INACTIVE PROPRIETORS, PARTNERS OR OFFICERS AND THEIR RELATIVES AND THE RELATIVES OF ANY PERSON DESCRIBED IN CLASS I.

## ITEM FIVE - GARAGEKEEPERS COVERAGE

GARAGEKEEPERS COVERAGE DOES NOT APPLY.

## ITEM SIX - PHYSICAL DAMAGE REPORTING - TYPES OF COVERED AUTOS AND INTERESTS IN THESE AUTOS - REPORTING OR NON-REPORTING BASIS

EACH OF THE FOLLOWING PHYSICAL DAMAGE COVERAGES THAT IS INDICATED IN ITEM TWO APPLIES ONLY TO THE TYPES OF "AUTOS" AND INTERESTS INDICATED BELOW:

**COMPREHENSIVE COVERAGE:**

TYPE OF AUTOS:
USED AUTOS, DEMONSTRATORS AND SERVICE VEHICLES

INTERESTS COVERED:
YOUR INTEREST IN COVERED AUTOS YOU OWN
YOUR INTEREST ONLY IN FINANCED COVERED AUTOS

**COLLISION COVERAGE**

TYPE OF AUTOS:
USED AUTOS, DEMONSTRATORS AND SERVICE VEHICLES

INTERESTS COVERED:
YOUR INTEREST IN COVERED AUTOS YOU OWN
YOUR INTEREST ONLY IN FINANCED COVERED AUTOS

**OUR LIMIT OF INSURANCE FOR "LOSS" AT LOCATIONS OTHER THAN THOSE STATED IN ITEM THREE:**

$100,000 - ADDITIONAL LOCATIONS WHERE YOU STORE COVERED "AUTOS"
$ 50,000 - IN TRANSIT

PREMIUM BASIS - YOUR REPORTING BASIS IS: NONREPORTING BASIS
STATED LIMIT OF INSURANCE SHOWN IN ITEM THREE APPLIES

# AUTO DEALERS DECLARATIONS (continued)

**NAMED INSURED**
AAA TRUCK SALES LLC

**POLICY NUMBER**
GP 8656828 11

## SCHEDULE OF MISCELLANEOUS COVERAGES

| MISCELLANEOUS COVERAGES | STATE | PREMIUM |
|---|---|---|
| TERRORISM | 12 | [redacted] |

CENTRAL INSURANCE COMPANIES

*Fulfilling the Promise Since 1876*

January 22, 2020

0 SHEP 8656828 11 IL
SHEPHERD INSURANCE LLC
TRUCK DEALERS PROGRAM
111 CONGRESSIONAL BLVD STE 100
CARMEL, IN 46032-0000

AAA TRUCK SALES LLC
AAA EQUIPMENT INC
17201 STATE ST
SOUTH HOLLAND, IL 60473-2823

Thank you for your business! Enclosed you will find information regarding your policy. If you have questions regarding the information provided, please contact your agent at (317)846-5554 .

We encourage you to sign up for our *myCentral* policyholder website and take advantage of convenient, easy-to-use account management options for your Central Insurance policy. Make payments, access policy information, check account balances, view auto ID cards, report a claim, and much more! Click on the "Create Account" link in the *myCentral* log in box on central-insurance.com and provide the following information to establish online access:

| | |
|---|---|
| Policy Number | 8656828 |
| Policy Effective Date | 01/20/2020 |
| City | SOUTH HOLLAND |
| State | IL |
| Zip Code | 60473 |

myCentral®

If you have **Billing and Payment** questions, call 800-786-9052 or e-mail us at billing@central-insurance.com.

To **Report a Claim**, call 888-263-2924.

Central Insurance Companies embraces a culture based on our core values of Integrity, Relationships and Excellence. These values define who we are and what we do, as individuals and as a company. We take pride in partnering with agents who support these same values.

We appreciate the opportunity to provide your insurance needs.

Trusted Choice®

CENTRAL INSURANCE COMPANIES
*Fulfilling the Promise Since 1876*

CENTRAL MUTUAL INSURANCE COMPANY
800 S. WASHINGTON ST
VAN WERT, OHIO 45891-2357
www.central-insurance.com

# CHANGE ENDORSEMENT #002

**THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBERED BELOW**
**ENDORSEMENT EFFECTIVE DATE 01/20/2020**

**POLICY NUMBER** GP 8656828 11

**NAMED INSURED AND MAILING ADDRESS**
AAA TRUCK SALES LLC
AAA EQUIPMENT INC
AAA HOLDING GROUP LLC
17201 STATE ST
SOUTH HOLLAND, IL 60473-2823

**AGENT** TY03
SHEPHERD INSURANCE LLC
TRUCK DEALERS PROGRAM
111 CONGRESSIONAL BLVD STE 100
CARMEL, IN 46032-0000
(317)846-5554
http://www.shepherdins.com

**POLICY PERIOD** FROM 12/31/2019 TO 12/31/2020
AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

## POLICY CHANGE

REFER TO THE ATTACHED REVISED SCHEDULE

LOCATION 2 - 11835 S CENTRAL PARK AVE, MERRIONETTE PARK IL 60803, IS ADDED TO THE POLICY SUBJECT TO THE FOLLOWING COVERAGES AND LIMITS:
LIABILITY COVERAGE FOR 1 CLASS 1 - EMPLOYEES

THE PREMIUMS FOR THE AUTO DEALERS PLUS COVERAGE ARE ADJUSTED TO REFLECT CURRENT RATES.

THE FOREGOING AMENDMENT RESULTS IN AN ADDITIONAL PREMIUM OF [redacted]

PRESIDENT

SECRETARY

January 22, 2020
DATE

14-1915 05 84

# AUTO DEALERS DECLARATIONS

**ENDORSEMENT EFFECTIVE DATE 01/20/2020**

**NAMED INSURED**
AAA TRUCK SALES LLC

**POLICY NUMBER**
GP 8656828 11

**FORMS AND ENDORSEMENTS APPLICABLE TO POLICY GP 8656828 11 ON 01/20/2020**

| FORM NBR | EDITION | FORM TITLE |
|---|---|---|
| CA0025 | 1013 | AUTO DEALERS COVERAGE FORM |
| CA0104 | 0115 | IL-CHANGES AUTO DEALERS COVERAGE FORM |
| CA0270 | 0118 | IL-CHANGES-CANCELLATION & NONRENEWAL |
| CA0302 | 1013 | DEDUCTIBLE LIABILITY COVERAGE |
| CA0449 | 1116 | PRIMARY AND NONCONTRIBUTORY - OTHER INSURANCE CONDITION |
| CA2130 | 0115 | IL-UNINSURED MOTORISTS COVERAGE |
| CA2138 | 1013 | IL-UNDERINSURED MOTORISTS COVERAGE |
| CA2344 | 1116 | PUBLIC OR LIVERY PASSENGER CONVEYANCE EXCLUSION |
| CA2385 | 1013 | EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEM TERR |
| CA2394 | 1013 | SILICA OR SILICA-RELATED DUST EXCLUSION FOR COVERED AUTOS EXPOSUR |
| CA2536 | 1013 | AUTO DEALERS COVERAGE FORM-GENERAL LIABILITY COV TOTAL POLLUTION |
| CA2539 | 1013 | SILICA OR SILICA-RELATED DUST EXCL FOR OTHER THAN COVERED AUTOS |
| CA9903 | 1013 | AUTO MEDICAL PAYMENTS COVERAGE |
| IL0017 | 1198 | COMMON POLICY CONDITIONS |
| IL0021 | 0908 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL0147 | 0911 | IL-CHANGES - CIVIL UNION |
| IL0162 | 1013 | IL-CHANGES - DEFENSE COSTS |
| 3-2300 | 0500 | IL-INSURANCE CARD |
| 3-2528 | 0117 | A SAFETY MESSAGE TO OUR COMMERCIAL AUTOMOBILE POLICYHOLDERS |
| 3-2637 | 0517 | PREMIUM AUDIT ENDORSEMENT |
| 3-2751 | 0715 | LIMITED FUNGI OR BACTERIA COVERAGE FOR AUTO DEALERS OPERATIONS |
| 3-2807 | 0315 | AUTO DEALERS PLUS ENDORSEMENT |
| 3-2903 | 1013 | BLANKET PHYSICAL DAMAGE COMPREHENSIVE COVERAGE |
| 3-3087 | 1016 | NOTICE TO POLICYHOLDERS - NBCR EXCLUSION |
| 20-1768 | 0891 | MUTUAL POLICY CONDITIONS-APPLICABLE TO CENTRAL MUTUAL |
| 20-1769 | 0891 | PROVISIONS APPLICABLE TO CENTRAL MUTUAL & ALL AMERICA INS CO |
| 20-1956 | 1194 | IMPORTANT INFORMATION ABOUT YOUR POLICY RENEWAL |
| 20-2143 | 0614 | AVAILABLE PAY PLANS |
| 20-2320 | 0112 | IL-POLICYHOLDER NOTICE FOR CIVIL UNIONS |

* DENOTES FORMS ATTACHED WITH THIS TRANSACTION

# AUTO DEALERS DECLARATIONS (continued)

**ENDORSEMENT EFFECTIVE DATE 01/20/2020**

| NAMED INSURED | POLICY NUMBER |
|---|---|
| AAA TRUCK SALES LLC | GP 8656828 11 |

## ITEM THREE - SCHEDULE OF LOCATIONS AND COVERAGES

| LOCATION | ADDRESS | TERRITORY | PREMIUM |
|---|---|---|---|
| 1 | 17201 STATE ST<br>SOUTH HOLLAND IL 60473 | 137 | |

**LIABILITY COVERAGE:**

| CLASSES OF OPERATORS | NUMBER OF PERSONS | RATING UNITS |
|---|---|---|
| CLASS I - EMPLOYEES REGULAR OPERATORS | 11.00 | 5.72 |
| CLASS I - EMPLOYEES ALL OTHERS | .00 | .00 |
| CLASS II - NON-EMPLOYEES UNDER AGE 25 | .00 | .00 |
| CLASS II - NON-EMPLOYEES AGE 25 AND OVER | .00 | .00 |
| TOTAL RATING UNITS | | 5.72 |

LIABILITY PREMIUM
"PROPERTY DAMAGE" ONLY LIABILITY DEDUCTIBLE PER ACCIDENT: $5,000
LOCATION AND OPERATION MEDICAL PAYMENTS PREMIUM
AUTO MEDICAL PAYMENTS PREMIUM
ACTS ERRORS OR OMISSIONS LIABILITY PREMIUM

[redacted]

**PHYSICAL DAMAGE COVERAGE:**

| COVERAGES | LIMIT OF INSURANCE AND DEDUCTIBLE |
|---|---|
| COMPREHENSIVE | $5,000,000<br>$10,000 DEDUCTIBLE PER AUTO FOR ALL PERILS UNLESS OTHERWISE SPECIFIED<br>$50,000 MAXIMUM PER LOSS |
| COLLISION | SEE LAST LOCATION LISTED IN ITEM THREE FOR LIMITS AND DEDUCTIBLE FOR ALL LOCATIONS |

# AUTO DEALERS DECLARATIONS (continued)

**ENDORSEMENT EFFECTIVE DATE 01/20/2020**

**NAMED INSURED**
AAA TRUCK SALES LLC

**POLICY NUMBER**
GP 8656828 11

## ITEM THREE - SCHEDULE OF LOCATIONS AND COVERAGES

| LOCATION | ADDRESS | TERRITORY | PREMIUM |
|---|---|---|---|
| 2 | 11835 S CENTRAL PARK AVE<br>MERRIONETTE PARK IL 60803 | 137 | |

**LIABILITY COVERAGE:**

| CLASSES OF OPERATORS | NUMBER OF PERSONS | RATING UNITS |
|---|---|---|
| CLASS I - EMPLOYEES REGULAR OPERATORS | 1.00 | 0.52 |
| CLASS I - EMPLOYEES ALL OTHERS | .00 | .00 |
| CLASS II - NON-EMPLOYEES UNDER AGE 25 | .00 | .00 |
| CLASS II - NON-EMPLOYEES AGE 25 AND OVER | .00 | .00 |
| | TOTAL RATING UNITS | 0.52 |

LIABILITY PREMIUM [redacted]
"PROPERTY DAMAGE" ONLY LIABILITY DEDUCTIBLE PER ACCIDENT: $5,000
LOCATION AND OPERATION MEDICAL PAYMENTS PREMIUM
AUTO MEDICAL PAYMENTS PREMIUM
ACTS ERRORS OR OMISSIONS LIABILITY PREMIUM

**PHYSICAL DAMAGE COVERAGE:**

| COVERAGES | LIMIT OF INSURANCE AND DEDUCTIBLE |
|---|---|
| COLLISION | $5,500,000 |
| (ALL LOCATIONS) | $5,000 DEDUCTIBLE PER AUTO |

**BLANKET ANNUAL COLLISION RATES**

| FIRST $50,000 | $50,000 TO $100,000 | OVER $100,000 | ADJUSTMENT FACTOR |
|---|---|---|---|
| 0.450 | 0.165 | 0.068 | 0.800 |

[redacted]

| STATE | NUMBER OF DEALER PLATES |
|---|---|
| IL -UNINSURED MOTORIST | 5 |
| IL -UNDERINSURED MOTORIST | 5 |

# AUTO DEALERS DECLARATIONS (continued)

**NAMED INSURED**
AAA TRUCK SALES LLC

**POLICY NUMBER**
GP 8656828 11

## ITEM FOUR - LIABILITY COVERAGE DEFINITIONS

**CLASS I - EMPLOYEES**

REGULAR OPERATOR - PROPRIETORS, PARTNERS, AND OFFICERS ACTIVE IN THE "AUTO DEALERS OPERATION", SALESPERSONS, GENERAL MANAGERS, SERVICE MANAGERS, ANY "EMPLOYEE" WHOSE PRINCIPAL DUTY INVOLVES THE OPERATION OF COVERED "AUTOS" OR WHO IS FURNISHED A COVERED "AUTO".

ALL OTHERS - ALL OTHER "EMPLOYEES".

NOTE:

1) PART-TIME "EMPLOYEES" WORKING AN AVERAGE OF 20 HOURS OR MORE A WEEK FOR THE NUMBER OF WEEKS WORKED ARE TO BE COUNTED AS 1 RATING UNIT EACH.
2) PART-TIME "EMPLOYEES" WORKING AN AVERAGE OF LESS THAN 20 HOURS A WEEK FOR THE NUMBER OF WEEKS WORKED ARE TO BE COUNTED AS 1/2 RATING UNIT EACH.

**CLASS II - NON-EMPLOYEES**

ANY OF THE FOLLOWING PERSONS WHO ARE REGULARY FURNISHED WITH A COVERED "AUTO": INACTIVE PROPRIETORS, PARTNERS OR OFFICERS AND THEIR RELATIVES AND THE RELATIVES OF ANY PERSON DESCRIBED IN CLASS I.

## ITEM FIVE - GARAGEKEEPERS COVERAGE

GARAGEKEEPERS COVERAGE DOES NOT APPLY.

## ITEM SIX - PHYSICAL DAMAGE REPORTING - TYPES OF COVERED AUTOS AND INTERESTS IN THESE AUTOS - REPORTING OR NON-REPORTING BASIS

EACH OF THE FOLLOWING PHYSICAL DAMAGE COVERAGES THAT IS INDICATED IN ITEM TWO APPLIES ONLY TO THE TYPES OF "AUTOS" AND INTERESTS INDICATED BELOW:

**COMPREHENSIVE COVERAGE:**

TYPE OF AUTOS:
USED AUTOS, DEMONSTRATORS AND SERVICE VEHICLES

INTERESTS COVERED:
YOUR INTEREST IN COVERED AUTOS YOU OWN
YOUR INTEREST ONLY IN FINANCED COVERED AUTOS

**COLLISION COVERAGE**

TYPE OF AUTOS:
USED AUTOS, DEMONSTRATORS AND SERVICE VEHICLES

INTERESTS COVERED:
YOUR INTEREST IN COVERED AUTOS YOU OWN
YOUR INTEREST ONLY IN FINANCED COVERED AUTOS

**OUR LIMIT OF INSURANCE FOR "LOSS" AT LOCATIONS OTHER THAN THOSE STATED IN ITEM THREE:**

$100,000 - ADDITIONAL LOCATIONS WHERE YOU STORE COVERED "AUTOS"
$ 50,000 - IN TRANSIT

PREMIUM BASIS - YOUR REPORTING BASIS IS: NONREPORTING BASIS
STATED LIMIT OF INSURANCE SHOWN IN ITEM THREE APPLIES

# AUTO DEALERS DECLARATIONS (continued)

**NAMED INSURED**
AAA TRUCK SALES LLC

**POLICY NUMBER**
GP 8656828 11

## SCHEDULE OF MISCELLANEOUS COVERAGES

| MISCELLANEOUS COVERAGES | STATE | PREMIUM |
|---|---|---|
| TERRORISM | 12 | [redacted] |

# NOTICE OF CANCELLATION

CENTRAL INSURANCE COMPANIES®

*Fulfilling the Promise Since 1876*

**DATE OF THIS NOTICE**
01/22/2020

**NAMED INSURED**
AAA TRUCK SALES LLC
AAA EQUIPMENT INC
AAA HOLDING GROUP LLC
17201 STATE ST
SOUTH HOLLAND IL 60473

COMMERCIAL AUTOMOBILE POLICY
GP 8656828

**AGENT** TY03
SHEPHERD INSURANCE LLC
TRUCK DEALERS PROGRAM
111 CONGRESSIONAL BLVD STE 100
CARMEL, IN 46032-0000

(317)846-5554

**CANCELLATION TO TAKE EFFECT ON 02/06/2020 AT 12:01 AM STANDARD TIME**

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above.
**REASON(S) FOR CANCELLATION -** NONPAYMENT OF PREMIUM

The past due premium is [redacted]

A bill for the premium earned to the time of cancellation will be forwarded in due course.

CENTRAL MUTUAL INSURANCE COMPANY
800 S WASHINGTON ST
VAN WERT OH 45891-2381

Toll free phone number: 800-786-9052

Contains copyrighted material of Wolters Kluwer Financial Services, used with permission

CENTRAL INSURANCE COMPANIES
*Fulfilling the Promise Since 1876*

CENTRAL INSURANCE COMPANIES
800 S. WASHINGTON ST
VAN WERT, OHIO 45891-2357
www.central-insurance.com

# CANCELLATION CONFIRMATION

**POLICY NUMBER** GP 8656828 11
**NAMED INSURED AND MAILING ADDRESS**
AAA TRUCK SALES LLC
AAA EQUIPMENT INC
17201 STATE ST
SOUTH HOLLAND, IL 60473

**NAME OF PRODUCER** TY03
SHEPHERD INSURANCE LLC
TRUCK DEALERS PROGRAM
111 CONGRESSIONAL BLVD STE 100
CARMEL, IN 46032-0000

http://www.shepherdins.com

CANCELLATION IS EFFECTIVE 02/06/2020 - PRO-RATA
RETURN PREMIUM: [redacted]

# NOTICE OF REINSTATEMENT

CENTRAL INSURANCE COMPANIES

*Fulfilling the Promise Since 1876*

**DATE OF THIS NOTICE**
02/28/2020

COMMERCIAL AUTOMOBILE POLICY
GP 8656828

**REINSTATEMENT TO TAKE EFFECT ON 02/06/2020 AT 12:01 AM STANDARD TIME**

**NAMED INSURED**
AAA TRUCK SALES LLC
AAA EQUIPMENT INC
AAA HOLDING GROUP LLC
17201 STATE ST
SOUTH HOLLAND IL 60473

**AGENT** TY03
SHEPHERD INSURANCE LLC
TRUCK DEALERS PROGRAM
111 CONGRESSIONAL BLVD STE 100
CARMEL, IN 46032-0000

(317)846-5554

We have reinstated your policy with no lapse in coverage. The prior notice of cancellation is no longer in effect.

Your business is appreciated.

CENTRAL MUTUAL INSURANCE COMPANY
800 S WASHINGTON ST
VAN WERT OH 45891-2381

CENTRAL INSURANCE COMPANIES
*Fulfilling the Promise Since 1876*

CENTRAL INSURANCE COMPANIES
800 S. WASHINGTON ST
VAN WERT, OHIO 45891-2357
www.central-insurance.com

# REINSTATEMENT CONFIRMATION

**POLICY NUMBER** GP 8656828 11

**NAMED INSURED AND MAILING ADDRESS**
AAA TRUCK SALES LLC
AAA EQUIPMENT INC
17201 STATE ST
SOUTH HOLLAND, IL 60473

**NAME OF PRODUCER** TY03
SHEPHERD INSURANCE LLC
TRUCK DEALERS PROGRAM
111 CONGRESSIONAL BLVD STE 100
CARMEL, IN 46032-0000

http://www.shepherdins.com

**POLICY PERIOD** FROM 02/06/2020 TO 12/31/2020
AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

THE POLICY REFERRED TO ABOVE HAD BEEN CANCELLED.
THE POLICY HAS BEEN REINSTATED WITH NO LAPSE IN COVERAGE.